UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**Instructions for *Pro Se* Parties Seeking Permission
to File Documents Electronically in ECF.**

Pursuant to [General Order 22, Section 12.1](#), a non-prisoner who is a party to a civil action and who is not represented by an attorney, may file the attached Motion for Permission to File Documents Electronically in ECF (Electronic Case Filing), together with the completed and signed *Pro Se* CM/ECF Registration Form.

**What does this mean?**

- You can access and view all activity in your case in CM/ECF via your PACER account at any time 24/7, 7 days per week.

- You will electronically file your documents directly into your case in ECF; no delay waiting for a clerk to file it in your case.

- You will receive a Notice of Electronic Filing (NEF) via email with a link to view, save and print all documents filed in your case at the time they are filed. The first view of a document is always free. It is recommended that you save all documents as soon as you open them for your free look so you will not incur any additional fees. Any subsequent view of a document will incur a fee by PACER.

- **WARNING:** You will **<u>not</u>** receive documents filed by the Court or opposing counsel in the mail. All documents filed in your case will now be sent to you via email only. You will have to print all documents received via email on your own printer if you want a paper copy.

- **It will be your responsibility to** check your email regularly (including spam folders) for email notification of documents filed in your case. You will **<u>NOT</u>** receive any Court Orders, Judgments or other documents by regular mail.

- You must have the ability to convert Word or Google documents to PDF format before filing. You cannot upload Word or Google documents into ECF, or the system will reject them. All documents must be uploaded in PDF format.

- If during the course of the action an attorney appears on your behalf, the clerk's office shall terminate your filing privileges based upon the attorney's appearance.

**Who can obtain permission to file Documents Electronically in ECF?**

- Any *pro se* litigant can request permission from the Judge assigned to your case to obtain permission to file documents electronically in ECF by filing the attached motion and registration form.

- The Judge in each case has the authority to grant or deny your motion.

- ECF filing privileges can be revoked at any time by the Court if the filer abuses the system, permits an unauthorized user to file documents with their account or fails to comply with the rules and procedures.

**What do I need to do to sign up?**

- Review paragraphs "1" thru "4" of the attached *Pro Se* Motion for Permission to File Documents Electronically in ECF and determine if you can comply with these requirements, especially the systems requirement section of the motion. If yes, complete and sign the motion.

- Review paragraphs "1" thru "5" of the attached *Pro Se* ECF Registration Form and determine if you can comply with these requirements. If yes, complete and sign the registration form.

- Register for a PACER account at https://pacer.uscourts.gov/register-account/non-attorney-filers-cmecf in compliance with paragraph #1 of the *Pro Se* ECF Registration form.

- Review General Order 22 – Administrative Procedures for Electronic Case Filing which is attached to this email, and you agree to comply with all rules and procedures governing ECF (See paragraph 4(b) of the attached motion).

- Return the signed motion and registration form to the Clerk's office for filing in your case either through the Court's website at https://www.nynd.uscourts.gov/submitting-files-court, by regular mail or in person at the clerk's office.

(Updated: 11/7/23)

Plaintiff(s)/United States

   -vs-                              Case No.

Defendant(s)

U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
Apr 15 - 0205
John M. Domurad, Clerk

### *PRO SE* MOTION FOR PERMISSION TO FILE DOCUMENTS ELECTRONICALLY IN ECF

NOW COMES the Plaintiff/Defendant, _____, appearing *Pro Se* (hereafter "*Pro Se* Litigant"), and respectfully requests that the court permit said *Pro Se* Litigant to file documents electronically in the above-captioned case in ECF. In support of this motion, *Pro Se* Litigant states the following:

1. *Pro Se* Litigant is presently a named party in the above case.

2. *Pro Se* Litigant is not presently incarcerated.

3. *Pro Se* Litigant represents that he/she has the following systems required to participate in ECF:

    a. A personal computer running a standard platform such as Windows or Mac OS X or compatible tablet.

    b. Portable Document Format (PDF) compatible word processing software for creating documents (e.g., Microsoft Word);

    c. PDF reading software used to read documents converted to PDF (e.g. MS Edge, Adobe Reader);

    d. Internet service provider for accessing the Internet or sending and receiving emails;

    e. A web browser. For CM/ECF, the latest versions of Mozilla Firefox or Microsoft Edge are recommended (Google Chrome and Internet Explorer are known to have problems working with CM/ECF;

    f. A PACER account with PACER login and password;

g. A document scanner, if litigants need to create PDF images of paper documents they wish to file using CM/ECF.

4. As a condition of obtaining permission to file documents electronically in ECF, *Pro Se* Litigant understands and agrees to the following:

    a. That I am required to maintain and keep the aforementioned systems in working order;

    b. That I am required to review the [NDNY Administrative Procedures for Electronic Case Filing, General Order 22](), and will be expected to comply with all rules and procedures governing ECF;

    c. That I may only file electronic documents in the above-captioned case;

    d. That the clerk's office will terminate my filing privileges should an attorney subsequently file an appearance on my behalf in the above captioned case;

    e. That the court may terminate my electronic filing privileges in ECF at any time for failure to comply with any of the above conditions or other conditions stated in the ECF Registration Form.

WHEREFORE, *Pro Se* Litigant respectfully requests that the court grant this Motion for permission to file documents electronically in the above-captioned case in ECF.

Date: _____        Signature: *Nan Zhong* _____

                                                           Name: _____

                                                           Address: _____

                                                                                            _____

                                                           Email: _____

                                                           Phone No. _____