UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

# *PRO SE* CM/ECF REGISTRATION FORM

This form is used by *Pro Se* Litigants to register for access to the Court's Electronic Case Filing System (ECF). This form must be submitted with the motion for permission to participate in electronic case filing, as required by General Order #22.

**Please Note**: If the *Pro Se* litigant does not already have a PACER account, one must be obtained by visiting the PACER Service Center at https://pacer.uscourts.gov/.

(Please Type)

| **First Name:** | |
|---|---|
| **Middle Name:** | |
| **Last Name:** | |
| **Mailing Address:** | **Street name & number** | |
| | **Apartment Number** | |
| | **City, State & Zip Code** | |
| **Phone Number:** | |
| **Email Address:** | |
| **Case Number:** | |

## By submitting this ECF Registration form, I agree to the following:

1. I certify that I have a PACER account, and I understand that access to the Court's ECF system is via my PACER account.

2. I certify that I have the required systems to file and receive documents through the ECF system and that I will maintain those systems in working order.

3. I have read and will comply with the requirements set forth in the Federal Rules of Civil Procedure and the Local Rules of the Northern District of New York. In accordance with the provisions of Fed.R.Civ.P. 5(b)(2)(E), I agree to accept service electronically to the e-mail address provided above. I agree to waive the provisions of Fed.R.Civ.P. 77(d) and Fed.R.Crim.P. 49(c) providing for service of notice of the entry of an order or judgment by mail and I consent to service by e-mail, to the e-mail address provided above. I certify that I have reviewed the NDNY General Order #22 Administrative Procedures for Electronic Case Filing and that I will comply with those procedures.

4. If my request to participate in electronic filing is granted, I certify that: (1) I will electronically file documents only in the above-referenced case; (2) that all pleadings and documents that I electronically file in my case shall be titled in accordance with the docket event menu of the ECF system: (3) each document will display my case name and case number on its face; and (4) I will be responsible for checking my email regularly (including spam folders) for email notification of documents filed in my case.

5. I understand that failure to comply with any of the afore-mentioned guidelines may result in my electronic case filing privileges being revoked by the Court.

Dated: _____     Signature: *Nan Zhang* _____