UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

STANLEY ZHONG, NAN ZHONG, and
SWORD (Students Who Oppose Racial
Discrimination),

                Plaintiffs,

                                          Civil Case No. 3:25-cv-00365 (ECC/ML)

       v.

THE TRUSTEES OF CORNELL UNIVERSITY,
in their official capacity as the governing body of
Cornell University; MICHAEL KOTLIKOFF,
in their official capacity as the President of
Cornell University,

                Defendants.
_____

## **NOTICE OF APPEARANCE**

       PLEASE TAKE NOTICE that Adam G. Pence, Associate General Counsel for Cornell University, hereby appears as counsel for Defendants in this action, including Cornell University, incorrectly named as the Trustees of Cornell University, and Michael Kotlikoff.

DATED:     May 21, 2025               /s/ Adam G. Pence
                                              ADAM G. PENCE (701233)
                                              *Attorney for Defendants*
                                              Cornell University
                                              118 Sage Place
                                              Ithaca, New York 14850
                                              (607) 255-5124
                                              apence@cornell.edu