UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

STANLEY ZHONG, NAN ZHONG, and
SWORD (Students Who Oppose Racial
Discrimination),

        Plaintiffs,

        v.

THE TRUSTEES OF CORNELL UNIVERSITY,
in their official capacity as the governing body of
Cornell University; MICHAEL KOTLIKOFF,
in their official capacity as the President of
Cornell University,

        Defendants.

Civil Case No. 3:25-cv-00365 (ECC/ML)

---

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Cornell University, incorrectly named as The Trustees of Cornell University in this action, certifies that it has no corporate parents and that there is no publicly held corporation that owns 10% or more of its stock.

DATED: May 21, 2025

/s/ Adam G. Pence
ADAM G. PENCE (701233)
CONRAD R. WOLAN (512286)
VALERIE CROSS DORN (505158)
*Attorneys for Defendants*
Cornell University
118 Sage Place
Ithaca, New York 14850
(607) 255-5124
apence@cornell.edu