UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

STANLEY ZHONG, NAN ZHONG, and
SWORD (Students Who Oppose Racial
Discrimination),

                Plaintiffs,

                              Civil Case No. 3:25-cv-00365 (ECC/ML)

       v.

THE TRUSTEES OF CORNELL UNIVERSITY,
in their official capacity as the governing body of
Cornell University; MICHAEL KOTLIKOFF,
in their official capacity as the President of
Cornell University,

                Defendants.
_____

## **CERTIFICATE OF SERVICE**

I, ADAM G. PENCE, do hereby certify that I electronically filed a Notice of Appearance on behalf of the Defendants in this action (Doc. # 16) and an FRCP 7.1 Statement on behalf of Cornell University (Doc. # 17) with the Clerk of the District Court using the CM/ECF system.

I have also caused copies of both e-filed documents to be provided to each of the pro se parties in this action by depositing true copies of both e-filed documents, enclosed in postage-paid, properly addressed envelopes, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, to the following:

    Nan Zhong
    211 Hope St, #390755
    Mountain View, CA 94039

    Stanley Zhong
    211 Hope St, #390755
    Mountain View, CA 94039

I certify under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

EXECUTED: May 21, 2025

/s/ Adam G. Pence
ADAM G. PENCE (701233)
*Attorney for Defendants*
Cornell University
118 Sage Place
Ithaca, New York 14850
(607) 255-5124
apence@cornell.edu