UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STANLEY ZHONG, NAN ZHONG, and SWORD (Students Who Oppose Racial Discrimination)<br><br>Plaintiffs,<br><br>v.<br><br>THE TRUSTEES OF CORNELL UNIVERSITY, in their official capacity as the governing body of Cornell University; MICHAEL KOTLIKOFF, in their official capacity as the president of Cornell University,<br><br>Defendants. | **CERTIFICATE OF SERVICE**<br><br>Civil Action No.<br><br>3:25-cv-00365-ECC-ML |

I hereby certify that on June 4, 2025, I electronically filed a Letter Motion to Judge Lovric with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have emailed and mailed, by the United States Postal Service, said document to the following non-CM/ECF Participants:

> Stanley Zhong
> 211 Hope St.
> #390755
> Mountain View, CA 94039
> *Pro se Plaintiff*
> Stanleyzhong05@gmail.com
>
> Nan Zhong
> 211 Hope St.
> #390755
> Mountain View, CA 94039
> nanzhong1@gmail.com
> *Pro se Plaintiff*

Dated: June 4, 2025

BOND, SCHOENECK & KING, PLLC

By: _____
Jonathan B. Fellows, Esq.

21790904