UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STANLEY ZHONG, NAN ZHONG, and SWORD (Students Who Oppose Racial Discrimination)<br><br>Plaintiffs,<br><br>v.<br><br>THE TRUSTEES OF CORNELL UNIVERSITY, in their official capacity as the governing body of Cornell University; MICHAEL KOTLIKOFF, in their official capacity as the president of Cornell University,<br><br>Defendants. | **AMENDED NOTICE OF APPEARANCE**<br><br>Civil Action No.<br><br>3:25-cv-00365-ECC-ML |

**PLEASE TAKE NOTICE** that Jonathan B. Fellows of Bond, Schoeneck & King, PLLC, hereby appears as co-counsel for Defendants Cornell University, improperly named in the caption as The Trustees of Cornell University, and Michael Kotlikoff.

Dated: June 4, 2025

BOND, SCHOENECK & KING, PLLC

By: _____
Jonathan B. Fellows, Esq.
Attorneys for Defendants
Office and P.O. Address
One Lincoln Center
Syracuse, New York 13202-1355
Telephone: (315) 218-8000
Email: jfellows@bsk.com

21788733