# BOND SCHOENECK & KING

One Lincoln Center | Syracuse, NY 13202-1355 | bsk.com

**JONATHAN B. FELLOWS, ESQ.**
jfellows@bsk.com
P: 315.218.8120
F: 315.218.8100

July 14, 2025

**VIA ELECTRONIC FILING**

Hon. Miroslav Lovric
United States Magistrate Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

Re:   Stanley Zhong, et al. v Cornell University
      3:25-cv-00365-ECC-ML

Dear Judge Lovric:

I have conferred with Attorney Michael Allen, who has informed me that he intends to appear for the Plaintiffs. Mr. Allen advises me that his appearance has been delayed because his admission to the Northern District of New York has lapsed, and he is in the process of being readmitted. I understand he has now received the necessary certificate of good standing and will be appearing today.

Defendants' response to the pending complaint is due on July 16, 2025 (Dkt. No. 10).

Attorney Allen advises that he intends to amend the Plaintiffs' complaint, and we have agreed to the following schedule, subject to the Court's approval:

1. The time for Defendants (Cornell University, improperly named in the pending complaint as the Trustees of Cornell University, and Michael Kotlikoff) to respond to the pending complaint is stayed, pending the filing of an amended complaint;

2. Plaintiffs will file an amended complaint on or before July 25, 2025;

3. Defendants will answer or move against the amended complaint on or before August 26, 2025.

The parties jointly request that the Court so order this schedule.

Respectfully,

BOND, SCHOENECK & KING, PLLC

Jonathan B. Fellows

JBF/slp
Enclosures
CC : Nan Zhong (nanzhong1@gmail.com)

     Stanley Zhong (stanleyzhong@gmail.com)

     Michael Thad Allen, Esq.
     Allen Harris, PLLC
     PO Box 404
     Quaker Hill, CT 06375
     mallen@allenharrislaw.com
     *Attorneys for Plaintiff*

     Adam Pence, Esq.
     Cornell University
     118 Sage Place - Sage House
     Ithaca, NY 14850
     apence@cornell.edu

21976169