

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**

**JONATHAN B. FELLOWS, ESQ.**
jfellows@bsk.com
P: 315.218.8120
F: 315.218.8100

August 19, 2025

**VIA ELECTRONIC FILING**

Hon. Miroslav Lovric
United States Magistrate Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

Re:   Stanley Zhong, et al. v Cornell University
      3:25-cv-00365-ECC-ML

Dear Judge Lovric:

We recently agreed to accept service for the newly named defendant Shawn Felton. His response to the Amended Complaint is currently due on October 14, 2025 (Dkt No. 28). We have agreed with Plaintiffs' counsel to a uniform date for all defendants to respond to the Amended Complaint of September 16, 2025.

The response of Cornell University and Michael Kotlikoff is currently due on August 26, 2025.

We respectfully request that the Court extend the date for Cornell University and Michael Kotlikoff to respond to September 16, 2025.

Respectfully,

BOND, SCHOENECK & KING, PLLC

Jonathan B. Fellows

JBF/slp
Enclosures
CC  :  Michael Thad Allen, Esq.
       Allen Harris, PLLC
       PO Box 404

IT IS SO ORDERED:

_Miroslav Lovric_
Miroslav Lovric
U.S. Magistrate Judge

Dated: ___August 20, 2025___
       Binghamton, NY

22157767

Attorneys At Law | A Professional Limited Liability Company

Judge Miroslav Lovric
Page 2

      Quaker Hill, CT 06375
      mallen@allenharrislaw.com
      *Attorneys for Plaintiff*

      Adam Pence, Esq.
      Cornell University
      118 Sage Place - Sage House
      Ithaca, NY 14850
      apence@cornell.edu

22157767