UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

STANLEY ZHONG, and NAN ZHONG, as next
Friend of his MINOR SON,

                                    **NOTICE OF MOTION**
                                    **TO DISMISS**

            Plaintiffs,

                                    Civil Case No. 3:25-cv-00365 (ECC/ML)

      v.

CORNELL UNIVERSITY, MICHAEL
KOTLIKOFF, and SHAWN FELTON

            Defendants.
_____

      PLEASE TAKE NOTICE that Defendants Cornell University, Michael Kotlikoff, and Shawn Felton hereby move this Court before the Honorable Elizabeth C. Coombe, at the James M. Hanley Federal Building & U.S. Courthouse, 100 S. Clinton St., Syracuse, New York 13261, at a date and time to be set by the Court, for an Order, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), dismissing with prejudice all claims asserted by Plaintiffs for failure to state a claim upon which relief can be granted and for lack of standing.  This motion is supported by the Memorandum of Law submitted herewith.

      PLEASE TAKE FURTHER NOTICE THAT, pursuant to Local Rule 7.1(a)(1), opposition papers must be filed and served no more than twenty-one days after the service of this motion, unless otherwise ordered by the Court.

      PLEASE TAKE FURTHER NOTICE THAT Defendants intend to file and serve Reply papers.

22144994

| | |
|---|---|
| Dated: September 16, 2025 | BOND, SCHOENECK & KING, PLLC |
| | By: _____ |
| | Jonathan B. Fellows, Esq. (101628) |
| | Jacqueline Zahn, Esq. (706206) |
| | Office and P.O. Address |
| | One Lincoln Center |
| | Syracuse, New York 13202-1355 |
| | Telephone: (315) 218-8000 |
| | Email: jfellows@bsk.com |
| | |
| | Adam G. Pence (701233) |
| | Conrad R. Wolan (512286) |
| | Valerie Cross Dorn (505158) |
| | Cornell University |
| | 118 Sage Place |
| | Ithaca, New York 14850 |
| | (607) 255-5124 |
| | apence@cornell.edu |
| | |
| | *Attorneys for Defendants* |

To: Michael Thad Allen
ALLEN HARRIS PLLC
P.O. Box 404
Quaker Hill, CT 06320
mallen@allenharrislaw.com
*Attorney for Plaintiffs*

22144994