UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

STANLEY ZHONG, and NAN ZHONG, as next
Friend of his MINOR SON,

                Plaintiffs,

                                        Civil Case No. 3:25-cv-00365 (ECC/ML)

        v.

CORNELL UNIVERSITY, MICHAEL
KOTLIKOFF, and SHAWN FELTON

                Defendants.
_____


## MEMORANDUM OF LAW IN SUPPORT OF
## MOTION TO DISMISS


JONATHAN B. FELLOWS, ESQ. (101628)
JACQUELINE ZAHN, ESQ. (706206)
BOND, SCHOENECK & KING, PLLC
One Lincoln Center
Syracuse, New York  13202-1355
Telephone:  (315) 218-8000
Email: jfellows@bsk.com

ADAM G. PENCE, ESQ. (701233)
CONRAD R. WOLAN, ESQ. (512286)
VALERIE CROSS DORN, ESQ. (505158)
Cornell University
118 Sage Place
Ithaca, New York 14850
Telephone:  (607) 255-5124
Email: apence@cornell.edu


*Attorneys for Defendants*

Dated: September 16, 2025

## <u>TABLE OF CONTENTS</u>

PRELIMINARY STATEMENT ................................................................................................. 1

STATEMENT OF FACTS .................................................................................................... 2

    I.   Cornell's Alleged Admissions Practices During the 2022-2023 Academic Year .............. 4

    II.  Allegations Regarding Cornell's Current Admissions Practices ....................................... 6

    III. Plaintiffs' Allegations Concerning Kotlikoff and Felton.................................................. 7

ARGUMENT ....................................................................................................................... 7

    I.   Standards for Rule 12(b)(1) and Rule 12(b)(6) Motions to Dismiss ................................ 8

    II.  Minor Son Lacks Standing To Assert Any Claims............................................................ 8

    III. Stanley Zhong Lacks Standing to Assert Claims Related to Cornell's Current Admissions
          Practices ......................................................................................................................... 10

    IV. Plaintiffs Fail to Allege Any Facts Supporting a Plausible Claim Under Title VI........... 11

        A.   Plaintiffs' Title VI Claim Regarding Cornell's 2022-2023 Admissions Practices Relies
            On Nothing But Speculation and Incorrect Data......................................................... 12

            1.   The Flawed Assumption That Stanley Could Only Have Been Rejected Due to
                  Discrimination ...................................................................................................... 12

            2.   Plaintiffs' Statistical Evidence is Flawed and Based on Incorrect Enrollment Data  13

            3.   Plaintiffs Cannot Support An Inference of Discriminatory Intent Based on Cornell
                  Joining An Amicus Brief in *SFFA* ...................................................................... 17

        B.   Plaintiffs Have Alleged No Relevant Substantive Facts to Support a Title VI Claim
            Regarding Cornell's Current Admissions Practices.................................................... 19

        C.   Plaintiff's Conclusory Title VI Allegations Are Deficient as a Matter of Law........... 21

    V.  Plaintiffs' Section 1981 Claim Must Fail ....................................................................... 23

    VI. Plaintiffs' New York State Claims Against All Defendants Must Fail ............................ 24

CONCLUSION................................................................................................................... 25

## <u>TABLE OF AUTHORITIES</u>

**Page(s)**

**Cases**

*Acosta v. Seaboard Foods, LLC*,
  No. 2:24-CV-100-Z-BR, 2024 WL 4428985 (N.D. Tex. Oct. 4, 2024) ................................24

*Albert v. Carovano*,
  851 F.2d 561 (2d Cir. 1988) (en banc)....................................................................................23

*Alexander v. Sandoval*,
  532 U.S. 275 (2001)................................................................................................................12

*Alvarado v. United Hospice, Inc.*,
  631 F. Supp. 3d 89 (S.D.N.Y. 2022).......................................................................................25

*Annabi v. New York Univ.*,
  No. 22-cv-3795 (LJL), 2024 WL 4252062 (S.D.N.Y. Sep. 20, 2024), *aff'd*, 2025 WL
  1066083 (2d Cir. Apr. 9, 2025)..................................................................................15, 22, 23

*Ashcroft v. Iqbal*,
  556 U.S. 662 (2009)..................................................................................................................8

*Cai v. Wyeth Pharms., Inc.*,
  No. 09 Civ. 5333(GBD), 2012 WL 933668 (S.D.N.Y. Mar. 19, 2012) ..................................18

*Christa McAuliffe Inter. Sch. PTO, Inc. v. De Blasio*,
  364 F. Supp.3d 253 (S.D.N.Y. 2019).......................................................................................10

*Citizens United to Protect Our N'hoods v. Vill. of Chestnut Ridge, New York*,
  98 F.4th 386 (2d Cir. 2024) ......................................................................................................8

*Comcast Corp. v. Nat'l Ass'n of Afr. Am.-Owned Media*,
  589 U.S. 327 (2020)................................................................................................................24

*Conyers v. Rossides*,
  558 F.3d 137 (2d Cir. 2009)......................................................................................................8

*Cooper v. Yale Univ.*,
  No. 3:21-cv-1552 (MPS), 2024 U.S. Dist. LEXIS 35036 (D. Conn. Feb. 29, 2024) .............24

*Doe v. Columbia Univ.*,
  831 F.3d 46 (2d Cir. 2016).......................................................................................................23

*Faculty Alumni & Students Opposed to Racial Preferences v. N.Y. Univ.*,
  11 F.4th 68 (2d Cir. 2021) ........................................................................................................9

*Gander Mountain Co. v. Islip U-Slip LLC,*
  923 F. Supp.2d 351 (N.D.N.Y. 2013) ........................................................................8

*Gratz v. Bollinger,*
  539 U.S. 244, 276 n. 23 (2003)). ...............................................................................8

*Howard v. City of N.Y.,*
  602 F. App'x 545 (2d Cir. 2015) .............................................................................18

*I.S. by and through Disla v. Binghamton City Sch. Dist.,*
  486 F. Supp. 3d 575 (N.D.N.Y. 2020) ...............................................................11, 12

*Lujan v. Defs. of Wildlife,*
  504 U.S. 555 (1992) ....................................................................................................9

*Mandala v. NTT Data, Inc.,*
  975 F.3d 202 (2d Cir. 2020) .....................................................................................14

*Meilus v. Rest. Opportunities Ctr. United, Inc.,*
  No. 21-cv-02554 (CM), 2021 WL 4868557 (S.D.N.Y. Oct. 15, 2021) ...................24

*Minto v. Molloy Univ.,*
  715 F. Supp. 3d 422 (E.D.N.Y. 2024) .................................................................23, 24

*Muhammad v. Seiden,*
  No. 3:24-CV-0035 (LEK/ML), 2024 WL 2958723 (N.D.N.Y. June 11, 2024) ......12

*Noakes v. Syracuse Univ.,*
  369 F. Supp. 3d 397 (N.D.N.Y. 2019) ......................................................................11

*Padmanabhan v. N.Y. Inst. of Tech. Campus,*
  2019 WL 4572194 (S.D.N.Y. Sep. 20, 2019) ..........................................................24

*Robinson v. Gov't of Malaysia,*
  269 F.3d 133 (2d Cir. 2001) ........................................................................................8

*Robinson v. Guardian Life Ins. Co. Grp. Long Term Disability Claim,*
  No. 3:24-cv-994, 2025 WL 1191317 (N.D.N.Y. Apr. 24, 2025) ............................16

*Roenick v. Flood,*
  2021 WL 2355108 (S.D.N.Y. June 9, 2021) ............................................................25

*Samuels v. Cornell Tech.,*
  No. 24-cv-1946 (JGK), 2025 WL 753955 (S.D.N.Y. Mar. 10, 2025) .....................10

*SFFA v. President and Fellows of Harvard Coll.,*
  600 U.S. 181 (2023) ........................................................................................ *passim*

*Students for Fair Admissions, Inc. v. United States Naval Academy*,
    Civ. Act. No. RDB-23-2699, 2024 WL 4057002 (D. Md. Sept. 5, 2024)................................9

*Taylor v. Abercrombie & Fitch Stores, Inc.*,
    No. 08-CV-3264 (FB) (RML), 2010 WL 4168631 (E.D.N.Y. Oct. 18, 2010)......................18

*Weiss v. City Univ. of N.Y.*,
    No. 17-CV-3557 (VSB), 2021 WL 2784446 (S.D.N.Y. July 2, 2021)..................................23

*Weiss v. City Univ. of New York*,
    17-CV-3557 (VSB), 2025 WL 1735429 (June 23, 2025)......................................................15

*Weser v. Glen*,
    190 F. Supp. 2d 384 (E.D.N.Y. 2002) ...........................................................................10, 11

*Yusuf v. Vassar Coll.*,
    35 F.3d 709 (2d Cir. 1994).................................................................................................11

*Zhong v. The Regents of Univ. of California*,
    2:25-cv-00495 (E.D. Cal.) .................................................................................................1

*Zhong v. The Regents of the Univ. of Michigan*,
    5:2025-cv-10579 (E.D. Mich.)............................................................................................1

*Zhong v. Univ. of Washington Bd. of Regents*,
    2:2025-cv-00348 (W.D. Wash.)..........................................................................................1

## Statutes

Fed. R. Civ. P. 12(b)(1).............................................................................................................8

Fed. R. Civ. P. 12(b)(6).............................................................................................................8

## PRELIMINARY STATEMENT

Plaintiff Stanley Zhong applied to 18 universities, including Cornell University ("Cornell"), for enrollment in the Fall of 2023. Stanley and his father Nan Zhong commenced four lawsuits after 16 out of the 18 universities declined to admit Stanley.[1] In addition to Cornell, Plaintiffs have sued several University of California schools, the University of Michigan, and the University of Washington. *See Zhong v. The Regents of Univ. of California*, 2:25-cv-00495 (E.D. Cal.); *Zhong v. The Regents of the Univ. of Michigan*, 5:2025-cv-10579 (E.D. Mich.); *Zhong v. Univ. of Washington Bd. of Regents*, 2:2025-cv-00348 (W.D. Wash.).

The Amended Complaint here asserts claims under Title VI, 42 U.S.C. 1981, and the New York Human and Civil Rights Laws. For Stanley's admissions class (i.e., those seeking to enroll as freshmen in Fall 2023), Cornell received 67,846 first year applications, accepted 5,358 applicants, and enrolled 3,561 students. *See infra* p. 13. In the College of Engineering, the specific school to which Stanley applied, Cornell received 18,096 applications, accepted 1,335 applicants, and enrolled 834 students. *See id.* Unlike the other 62,488 applicants who were denied admission, Stanley and his family wrongly assert he was singled out for racial discrimination without any actual facts or evidence. By ignoring the thoughtful, nuanced review that is necessary to build a college class, Plaintiffs wrongly assert that Stanley was entitled to admission simply because he was intelligent and credentialed. So were the other 62,488 applicants who were denied admission.

To begin, neither Stanley nor his younger brother have standing to bring the claims in this lawsuit. Stanley lacks standing to assert a claim relating to Cornell's current admissions practices because he has not reapplied to Cornell since the 2022-2023 academic year, notwithstanding the intervening change in the law announced by the Supreme Court in *Students for Fair Admissions v.*

---

[1] https://www.neatorama.com/2023/11/11/18-Year-Old-Google-Engineer-s-Dad-s-No-1-Parenting-Rule/, last visited September 15, 2025.

*Trustees of Harvard University* ("*SFFA*").  Likewise, Nan Zhong lacks standing to assert claims for his minor son, who is just starting his junior year in high school and is years away from applying to college.

Plaintiffs also fail to allege any specific facts that would plausibly establish that Stanley's application was denied as a result of racial discrimination.  Instead, they hypothesize that Stanley is so brilliant that the only possible explanation for Cornell's denial of admission is racial discrimination.  Plaintiffs then mischaracterize various Cornell statements regarding diversity as supposed proof of discriminatory intent.  Importantly, the Supreme Court's decision in *SFFA* did not outlaw support of diversity; rather, the Supreme Court held only that universities may not use racially discriminatory admissions practices to seek a diverse student body.  Plaintiffs then proffer a series of problematic statistical arguments, much of which relies on the wrong years (Plaintiffs appear to confuse enrollment year with class graduation year).  Further, none of the data cited in the Amended Complaint involves students applying in the 2022-2023 academic year – i.e., the pool of applicants Stanley was competing with for admission to Cornell's College of Engineering for freshman enrollment in the Fall of 2023.

## **STATEMENT OF FACTS**

Similar to other colleges and universities, Cornell conducts "holistic" yet "highly individualized" reviews that go beyond grade-point average and standardized test scores, and no GPA or score guarantees admission.  The various admissions committees carefully review all parts of the application (including essays and recommendations) attempting to find students who have great "intellectual potential, strength of character, and love of learning."  *See* What is Cornell Looking For, *available at* https://faq.enrollment.cornell.edu/kb/article/257-what-is-cornell-looking-for/, last visited September 15, 2025.

Applicants to Cornell do not apply generally to the university but apply to a specific school, and Cornell has eight different colleges that offer undergraduate degrees. *See infra* n. 2. Applicants are encouraged to explain not only why they are applying to Cornell but also how the specific college – including its curriculum, academic areas, and educational approach – fits their academic interests. *See* https://admissions.cornell.edu/how-to-apply/preparing-for-your-cornell-application, last visited September 15, 2025. Each Cornell college makes its own admissions determinations through different committees and reviewers. *See infra* n. 2.

Plaintiff Stanley Zhong applied for admission to Cornell during the 2022-2023 academic year, seeking to enroll in Fall of 2023 (i.e., to be in the graduating class of 2027). Am. Compl.¶ 66. According to the Amended Complaint, he applied specifically for "an undergraduate Computer Science Program." *Id*. ¶ 82. The Amended Complaint does not allege the specific undergraduate College to which Stanley applied, but Cornell's College of Engineering offers a Computer Science Program, and that is where he applied.[2]

Stanley's application was reviewed and acted upon prior to the Supreme Court's decision in *SFFA*, issued on June 29, 2023. There have been two admissions cycles since Stanley's application, first for enrollment in the Fall of 2024 (for the Class of 2028), and second for enrollment in the Fall of 2025 (for the Class of 2029). Stanley has apparently decided to work at Google, and does not allege that he has reapplied to Cornell since *SFFA*. Although Plaintiffs seek injunctive relief, they do <u>not</u> seek Stanley's admission to Cornell. *Id.* at p. 32 of 33.

---

[2] For Computer Science, Stanley would have needed to file an application with a specific Cornell college for individualized assessment. *See* https://web.archive.org/web/20221029233025/https:/admissions.cornell.edu/apply/first-year-applicants/admissions-requirements, last visited September 15, 2025. For that program, he would have to apply to the College of Engineering or College of Arts and Sciences. *See* https://web.archive.org/web/20221002165111/http://www.cs.cornell.edu/undergrad/uadmis, last visited September 15, 2025. While not in the record before this Court, Stanley applied to the College of Engineering.

Stanley's father Nan Zhong asserts a claim on behalf of his Minor Son, who allegedly "intends to apply to Cornell University." *Id.* ¶ 10.  Minor Son is a "rising junior in high school." *Id.* ¶ 110.  In other words, as of the time the Amended Complaint was filed, Minor Son had not yet started his junior year in high school.

The Amended Complaint contains few relevant allegations about Cornell's actual admissions practices, and no allegations whatsoever about the review of Stanley's application.[3]

## I.     Cornell's Alleged Admissions Practices During the 2022-2023 Academic Year

Plaintiffs allege that "[f]or decades, Cornell's college admissions systemically penalized hard-working Asian American students." *Id.* ¶ 6.  However, the Amended Complaint contains no factual allegations in support of this accusation that Cornell discriminated against Asian Americans for "decades."  With no substantive support, they claim Cornell's "holistic review" has been and continues to be simply a euphemism for discrimination, claiming the "results speak for themselves," even though they make no allegations regarding those "results."  *Id.*  ¶¶ 5-6.

Stanley's application was, of course, submitted and reviewed before the Supreme Court's decision in *SFFA*.  Plaintiffs allege that leading up to *SFFA*, "Cornell fought tooth-and-nail to preserve its ability to discriminate against Asian American students," by joining an amicus brief with fifteen other institutions.  *Id.* ¶¶ 32-33.  They quote from then-President Martha Pollack's June 29, 2023, statement that she was "disappointed" by the *SFFA* ruling, (*id.* ¶ 41) and from a September 25, 2024 interview by Lisa Nishii, Cornell's Vice Provost for Enrollment, about the incoming class of 2028, the first that group of undergraduate students admitted after *SFFA*, in

---

[3]   The Amended Complaint contains numerous irrelevant allegations.  Several paragraphs inexplicably focus on Cornell's hiring practices, including job searches in 2020 and 2022, that somehow for Plaintiffs serve as "proof that Cornell engineers racial outcomes."  *Id.* ¶¶ 101-105.  Likewise, the Amended Complaint contains a history of racial discrimination against Asian Americans in the United States, which history has no relation to Cornell's review of Stanley's application for admission during the 2022-2023 academic year.

4

which Nishii reiterated the university's commitment to diversity.  *Id.* ¶ 42.  As  discussed below, the full statements dispel any notion of a conspiracy to discriminate.

Plaintiffs allege that Stanley applied to Cornell's Computer Science Program during the 2022-2023 academic year for enrollment in Fall 2023.  *Id.*  ¶¶ 66, 90.  However, they offer no specific allegations regarding how Cornell unlawfully considered race in its admission decisions for the College of Engineering.  Instead, Plaintiffs assert that because Stanley was hired for a job at Google, he should have been admitted to Cornell, and then leap to the conclusion that the only conceivable reason he could have been denied admission was racial discrimination.  *See id.* ¶¶ 9, 69-81.  Plaintiffs completely ignore the possibility that Google looks for different attributes in a job applicant than Cornell's College of Engineering looks for in an undergraduate student.

Among the few facts alleged about Cornell's admissions practices is that Cornell did not require applicants to submit standardized test scores as part of their application in 2023.  *Id.* ¶ 61. Yet, there is no allegation in the Amended Complaint describing how a test-score optional policy was racially discriminatory.  Nor does the Amended Complaint allege any facts establishing how Stanley was harmed by the fact that other applicants may not have submitted standardized test scores during the 2022-2023 academic year.

Lacking any allegations about the review of Stanley's application during the 2022-2023 academic year, Plaintiffs allege that "statistical evidence" reveals "the extent of anti-Asian discrimination in Cornell's decision to deny Stanley's application."  *Id.* ¶ 87.  Plaintiffs compare general population statistics for Asian Americans from 2010-2020 with what they claim are Cornell's enrollment figures for Asian students for the "Classes of 2024-2029."  According to Plaintiffs, Asian Americans have grown as a percentage of the overall population in the last decade, while Cornell's "enrollment" of Asian Americans has remained steady.  *Id.* ¶¶ 87-88.  They allege

that the "stark gap between surging Asian demographics and a flat Cornell admit rate is highly 'probative evidence of intent.'"  *Id.* ¶ 89.  They also proffer a problematic comparison of SAT scores for what they claim is Cornell's 2023 enrolled class with national SAT score distributions for that same year based on race and ethnicity.  *Id.* ¶¶ 90-100.

## II.    Allegations Regarding Cornell's Current Admissions Practices

Apparently in support of a claim by Minor Son, the Amended Complaint includes conclusory allegations regarding Cornell's admissions practices since *SFFA*.  Ignoring many of the changes to Cornell's admissions practices referenced in their own pleading, Plaintiffs speculate that Cornell's <u>current</u> admissions framework is discriminatory, claiming, without basis, that Cornell has not revised its admissions policies in response to *SFFA*.  *See, e.g.*, *id.* ¶¶ 45-49.

Besides the above-referenced statements by Cornell officials in support of diversity (*id.* ¶¶ 41-42), Plaintiffs cite a former Cornell Trustee's January 23, 2024 statements about admissions applications not including grades and SATs (*id.* ¶ 65), even though grades have always been part of an admissions application (at no point does the Amended Complaint allege that applicants were not required to submit grades when Stanley applied).  Besides being inaccurate, this statement was already out of date by the time Plaintiffs filed their Amended Complaint because Cornell announced on April 22, 2024, that it was reinstating standardized testing requirements for students applying for Fall 2026 enrollment.  *See Cornell to Reinstate Standardized Test Requirements for Fall 2026*, Cornell Chronicle (Apr. 22, 2024), *available at* https://news.cornell.edu/stories/2024/04/cornell-reinstate-standardized-test-requirements-fall-2026, last visited September 15, 2025.

Plaintiffs also rely on a March 14, 2025, announcement from the U.S. Department of Education's Office for Civil Rights ("OCR") that it was investigating 45 universities, including

Cornell. Plaintiffs allege that Cornell "appears on that list as a chief offender." *Id.* ¶¶ 67-68. However, the OCR announcement makes clear that the investigation has nothing to do with admissions, and says nothing about Cornell being a "chief offender." *See* OCR Announcement, *available at* https://www.ed.gov/about/news/press-release/office-civil-rights-initiates-title-vi-investigations-institutions-of-higher-education-0, last visited September 15, 2025.

### III.    Plaintiffs' Allegations Concerning Kotlikoff and Felton

Plaintiffs have named current Cornell President Michael Kotlikoff, who they allege is responsible for all admissions practices referenced in the Amended Complaint. Am. Compl. ¶ 13. Michael Kotlikoff became acting President of Cornell on July 1, 2024, when former President Pollack retired. He was named President on March 21, 2025. He was thus not Cornell's chief executive officer at the time Stanley applied to Cornell.[4]

Plaintiffs also name former Director of Undergraduate Admissions, Shawn Felton, alleging he "is a principal architect and enforcer of the admissions system challenged in this lawsuit." *Id.* ¶ 14. They assert no allegations concerning his role in admissions to the College of Engineering or the Computer Science program to which Stanley alleges he applied. Nor do they acknowledge that Shawn Felton has not been the undergraduate admissions director since October 2023,[5] or how he can remain the "principal architect" of admissions policies two years after leaving Cornell.

### <u>ARGUMENT</u>

Both Plaintiffs have standing issues: Stanley has not stated a viable claim as to Cornell's current admissions practices, and Minor Son is not even eligible to apply for admission. Plaintiffs have also wholly failed to allege any facts to support their assertion that Cornell discriminated

---

[4] Then-President March Pollack retired, effective June 30, 2024. Pollack Retirement Announcement, *available at* https://statements.cornell.edu/2024/20240509-some-news.cfm, last visited September 15, 2025.
[5] Shawn Felton LinkedIn Profile, https://www.linkedin.com/in/shawnfelton/, last visited September 15, 2025.

against Stanley when he applied during the 2022-2023 academic year or any facts to support their assertion that Cornell's current admissions practices are somehow discriminatory.

## I.    Standards for Rule 12(b)(1) and Rule 12(b)(6) Motions to Dismiss

A district court "properly dismisses an action for lack of subject-matter jurisdiction under Rule 12(b)(1) 'if the court lacks the statutory or constitutional power to adjudicate it, such as when the plaintiff[s] lack[] constitutional standing to bring the action.'" *Citizens United to Protect Our N'hoods v. Vill. of Chestnut Ridge, New York*, 98 F.4th 386, 391 (2d Cir. 2024) (internal citations omitted).  Although the court must accept all factual allegation as true, "the defendant may challenge either the legal or factual sufficiency of the plaintiff's assertion of jurisdiction, or both." *Robinson v. Gov't of Malaysia*, 269 F.3d 133, 140 (2d Cir. 2001).  As the party invoking the Court's jurisdiction, each plaintiff here "bears the burden of establishing that jurisdiction exists." *Conyers v. Rossides*, 558 F.3d 137, 143 (2d Cir. 2009).

To survive a motion to dismiss under Rule 12(b)(6), "a complaint must contain sufficient <u>factual</u> matter . . . to state a claim that is <u>plausible</u> on its face." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (citations and quotation marks omitted) (emphasis added).  "Threadbare recitals of the elements of a cause of action, supported by mere conclusory statements, do not suffice." *Id.* Although "a court must accept as true all well-pleaded facts in the pleading and draw all reasonable inferences in the pleader's favor," these presumptions do "not extend to legal conclusions." *Gander Mountain Co. v. Islip U-Slip LLC*, 923 F. Supp.2d 351, 357 (N.D.N.Y. 2013) (citing *ATSI Commc'ns., Inc. v. Shaar Fund, Ltd.*, 493 F.3d 87, 98 (2d Cir. 2007)).

## II.    Minor Son Lacks Standing To Assert Any Claims

Nan Zhong lacks standing because Minor Son is not eligible to apply to Cornell since he had not even started his junior year in high school when this action was commenced.

To have standing, a plaintiff's injury must be actual or imminent, not conjectural or hypothetical. *Lujan v. Defs. of Wildlife*, 504 U.S. 555, 560-561 (1992). In the context of an admissions case, a plaintiff must be "ready and able" to apply – i.e., the plaintiff must satisfy the minimum eligibility requirements. *Students for Fair Admissions, Inc. v. United States Naval Academy*, Civ. Act. No. RDB-23-2699, 2024 WL 4057002, at *5 (D. Md. Sept. 5, 2024) (explaining potential plaintiff must be able to meet the Naval Academy's basic eligibility criteria, which include age and citizenship restrictions, as well as requirements that the applicant be unmarried, not pregnant, and without dependents).

Here, Minor Son is not qualified to apply for admission to Cornell. In the Amended Complaint, Plaintiffs admit that Minor Son will not be applying until "the 2026-2027 application cycle for fall 2027 enrollment" (Am. Compl.¶ 110) and that "he has not yet taken the PSAT due to his grade level," let alone the SAT or ACT. *Id.* ¶ 111.

As it stands right now, Minor Son cannot apply for admission to Cornell. Even if Minor Son were to take the required tests, by Plaintiffs' own admission, his potential application is years away, rendering his alleged injury anything but imminent. Cornell is aware of no case in which a court has held that a high school student – still years away from being eligible to apply – has standing to challenge admissions policies. In fact, various courts in the Second Circuit have rejected vague assertions of being "ready and able" to apply, without concrete plans or timelines. *See, e.g.*, *Faculty Alumni & Students Opposed to Racial Preferences v. N.Y. Univ.*, 11 F.4th 68, 77 (2d Cir. 2021) ("The primary defect in all these theories is that there is uncertain future action that would need to occur before the plaintiffs could arguably suffer the harm alleged. Without any 'description of concrete plans' to apply for employment, submit an article, or of having submitted an article, that will or has been accepted for publication, FASORP's allegations exhibit the kind

of 'some day intentions' that cannot support a finding of [] actual or imminent injury."); *Christa McAuliffe Inter. Sch. PTO, Inc. v. De Blasio*, 364 F. Supp.3d 253, 272 (S.D.N.Y. 2019) (rejecting standing arguments of certain younger individuals challenging admissions process of eight specialized city public high schools because they were "years away from high school"); *see also Samuels v. Cornell Tech.*, No. 24-cv-1946 (JGK), 2025 WL 753955, at *3 (S.D.N.Y. Mar. 10, 2025) (plaintiff lacked standing to challenge a program limited to college students, where he did not allege he was a college student or otherwise allege sufficient facts to support the assertion he was "able and ready" to apply).

### III.   Stanley Zhong Lacks Standing to Assert Claims Related to Cornell's Current Admissions Practices

Stanley Zhong lacks standing because he does not allege that he is ready, willing, and able to apply to Cornell under the new standards adopted since *SFFA*.  Instead, Stanley alleges that he applied for admission two and half years ago during the 2022-2023 academic year, for enrollment in Fall 2023 (Am. Compl. ¶ 66), but nowhere in the Amended Complaint does he allege any intention or desire to apply to Cornell again, let alone in the near future.  *Cf. Weser v. Glen*, 190 F. Supp. 2d 384, 394 (E.D.N.Y. 2002) ("Plaintiff applied for admission to the Law School every year from 1992 to 1998.  He has persisted in seeking a law degree from the school and states in the Amended Complaint that he 'still desires to attend law school and become a lawyer,' adequately demonstrating that he will seek admission again in the near future.").

As such, Stanley has not established his own potential imminent future injury, given the amount of time that has passed, along with the clear change in circumstances, including but not limited to the *SFFA* decision and Cornell's related changes to its admissions policies, as well as the university's decision to reinstate the standardized test requirements.  *See supra* p. 6.

IV.     **Plaintiffs Fail to Allege Any Facts Supporting a Plausible Claim Under Title VI**

Under Title VI of the Civil Rights Act, "[n]o person in the United States shall, on the ground of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving Federal financial assistance."  42 U.S.C. § 2000d.  In terms of Plaintiffs' Title VI claim, "intentional discrimination proscribed by Title VI is discrimination that violates the Equal Protection Clause of the Fourteenth Amendment."  *Weser,* 190 F. Supp. 2d at 395 (citing *Alexander v. Sandoval*, 532 U.S. 275, 280-81 (2001) and *Regents of Univ. of Cal. V. Bakke*, 438 U.S. 265, 287 (1978)); *see also SFFA*, 600 U.S. at 197 n.2 (2023) (citing *Gratz v. Bollinger*, 539 U.S. 244, 276 n. 23 (2003)).

To state a claim under Title VI, "a plaintiff must allege, *inter alia*, (1) that the defendant discriminated against [plaintiff] on the basis of race, (2) that the discrimination was intentional, and (3) that discrimination was a substantial and motivating factor for the defendant's actions." *I.S. by and through Disla v. Binghamton City Sch. Dist.*, 486 F. Supp. 3d 575, 609 (N.D.N.Y. 2020) (citing *Tolbert v. Queens Coll.*, 242 F.3d 58, 69 (2d Cir. 2001)); *see also Noakes v. Syracuse Univ.*, 369 F. Supp. 3d 397, 416 (N.D.N.Y. 2019); *Trisvan v. New School Center for Media*, 1:24-CV-755 (MAD/DJS), 2024 WL 4133787, at *2 (N.D.N.Y. Aug. 12, 2024) (Report & Recommendation of Stewart, M.J.), adopted in entirety, 2024 WL 4002783 (N.D.N.Y. Aug. 30, 2024).

Plaintiffs "alleging racial or gender discrimination by a university must do more than recite conclusory assertions." *Yusuf v. Vassar Coll.*, 35 F.3d 709, 713 (2d Cir. 1994).  "In order to survive a motion to dismiss, the plaintiff must specifically allege the events claimed to constitute intentional discrimination as well as circumstances giving rise to a plausible inference of racially

discriminatory intent." *I.S. by and through Disla*, 486 F. Supp. 3d at 609 (citing *Yusuf*, 35 F.3d at 712-14). "Bald assertions and conclusions of law will not suffice." *Id.* (internal citations omitted).[6]

### A.    Plaintiffs' Title VI Claim Regarding Cornell's 2022-2023 Admissions Practices Relies On Nothing But Speculation and Incorrect Data

Plaintiffs fail to allege a plausible Title VI claim with regard to Cornell's admissions practices during the 2022-2023 academic year.  They do not even seem to be aware that Cornell admissions are done separately by each individual undergraduate college. *See supra* n. 2. Judging from the Amended Complaint, Stanley does not even seem aware of what pool of applicants he was competing with for admission to Cornell's College of Engineering.  The Amended Complaint contains no allegations whatsoever about the specific admissions policies for the specific Computer Science Program to which Stanley applied.  Plaintiffs do not allege a single fact related to the requirements for admission to this program and, on amendment, do not even attach or allege <u>anything</u> about Stanley's application.

### 1.    The Flawed Assumption That Stanley Could Only Have Been Rejected Due to Discrimination

Instead of alleging any facts about Stanley's application, or the pool of applicants with which he was competing, Plaintiffs simply allege that, given Stanley's alleged credentials (and his later job at Google), his rejection was a "bizarre" result that can only mean "race played a role in Cornell's decision."  Am. Compl. ¶¶ 2, 9, 69-86.  Plaintiffs ignore the fact that he was not only applying to an Ivy League School, but to one of the most competitive programs within that Ivy League School, and that every year there are thousands of other applicants who were also

---

[6] Plaintiffs allege that Cornell admissions policies have caused a disparate impact on Asian American applicants, but they appear to be referencing such a purported impact as potential evidence of discriminatory intent, not as a separate disparate impact claim. Am. Compl. ¶ 123.  To the extent they are asserting a disparate impact claim, that claim fails as a matter of law.  *Sandoval*, 532 U.S. at 281 ("Title VI itself directly reaches only instances of intentional discrimination."); *see also Muhammad v. Seiden*, No. 3:24-CV-0035 (LEK/ML), 2024 WL 2958723, at *6 (N.D.N.Y. June 11, 2024) ("Title VI itself directly reach[es] only instances of intentional discrimination, not disparate impact.") (internal quotations omitted).

"objectively qualified for admission," as Plaintiffs claim Stanley was.

Quite simply, numerous objectively brilliant high school students apply to Cornell's College of Engineering every year. Not all "objectively qualified" applicants can be admitted each year. As Cornell has already explained, during the 2022-2023 academic year, when Stanley applied, Cornell received 67,846 applications seeking enrollment as freshman for Fall 2023, accepted only 5,358 applicants, and enrolled 3,561 students. *See* https://irp.dpb.cornell.edu/university-factbook/undergraduate-admissions, last visited September 15, 2025. In the College of Engineering, the specific school to which Stanley applied, Cornell received 18,096 applications, accepted only 1,335 applicants, and enrolled 834 students. *See id.*

2.    Plaintiffs' Statistical Evidence is Flawed and Based on Incorrect Enrollment Data

The statistical analysis proffered by Plaintiffs fails to remedy the paucity of allegations regarding the review of Stanley's application. According to Plaintiffs, the Asian population generally grew from 2010-2020 by 36%, but Cornell's enrollment of Asian students for the classes of 2024 to 2029 was stuck in a "narrow band" – "19.1% → 20.1% → 18.1% → 19.1% → 18.7% → 20.1%." Am. Compl. ¶ 88.

Plaintiffs' citation to census data raises no inference of discrimination in the review of Stanley's application during the 2022-2023 academic year. First, no inference can be drawn because Plaintiffs are supposedly comparing general population census information for the decade of 2010-2020 with enrollment data beginning five years later for 2024. *Id.* ¶¶ 88-89.[7]

Further, as a general matter, Plaintiffs' argument that state and national increases in Asian

---

[7] The Census Bureau reported that 14.7 million (4.8%) of respondents to the 2010 Census identified as Asian, while 19.9 million (6%) of respondents to the 2020 Census identified as Asian, an overall increase of 1.2%. *See* Improved Race and Ethnicity Measures Reveal U.S. Population Is Much More Multiracial, U.S. CENSUS BUREAU *available at* https://www.census.gov/library/stories/2021/08/improved-race-ethnicity-measures-reveal-united-states-population-much-more-multiracial.html, last visited September 15, 2025.

populations mean there should be similar changes in Cornell's enrollment (or acceptance numbers) is inherently flawed. They are comparing apples to oranges because there are a variety of specific academic credentials that are required to apply, let alone be admitted to Cornell, and that is even more true for the College of Engineering's Computer Science program. *See, e.g.*, Cornell's College of Engineering Requirements, *available at* https://admissions.cornell.edu/how-to-apply/first-year-applicants/college-and-school-admissions-requirements, last visited September 15, 2025. Plaintiffs provide no basis for their implied premise that these larger general populations are somehow representative of the qualified applicant pools. Absent such a showing, Plaintiffs' proffered statistical data does not support an inference of discrimination, even if they cited the correct years of Cornell's enrollment data, which they do not, or even if they engaged in a direct comparison of general population data and enrollment data from 2010-2020. *See Mandala v. NTT Data, Inc.*, 975 F.3d 202, 210-211 (2d Cir. 2020) (affirming dismissal of Title VII disparate impact claim because cited national arrest and incarceration statistics were not representative of pool of potential applicants qualified for position with technology services provider).

In *Mandala*, the Second Circuit affirmed the lower court's rejection of a similar comparison between national statistics and an applicant pool for software positions that required certain educational and technical credentials. *Id.* at 205. As the court noted, "statistical analysis must, at the very least, focus on the disparity between appropriate comparator groups." *Id.* at 210 (internal citations omitted). As the court further explained, "[g]eneral population statistics are a reliable surrogate only when there is reason to think that they accurately reflect the pool of qualified job applicants for the position in question … Otherwise, relying on them to show disparate impact is a bit like relying on apples to study oranges." *Id.* at 210-11 (internal citations and quotations omitted).

Moreover, even if Plaintiffs could establish some relevance for the general population data, such a comparison with Cornell's class data still does not support any inference of discrimination for any period of time.  The statistical numbers for an <u>enrolled</u> class of students represent only a portion of the admitted class for that admissions cycle, so the enrolled class does not necessarily encapsulate or represent the <u>admitted</u> class for that same year.  *See supra* p. 13 (documenting the significant difference between admitted applicants and enrolled students for Fall 2023).  Cornell has no control over which admitted students decide to enroll.  And the Supreme Court explained in *SFFA* that targeted post-admission recruitment activities are entirely permissible under the law because only admissions decisions are a "zero sum" game.  *SFFA v. President and Fellows of Harvard Coll.*, 600 U.S. 181, 218-19, 230 (2023); *see Weiss v. City Univ. of New York*, 17-CV-3557 (VSB), 2025 WL 1735429, at *7 (June 23, 2025) (explaining that any decisions or analysis by a university after the admissions decisions are irrelevant in the Title VI context); *Annabi v. New York Univ.*, No. 22-cv-3795 (LJL), 2024 WL 4252062, at *8 (S.D.N.Y. Sep. 20, 2024), *aff'd*, 2025 WL 1066083 (2d Cir. Apr. 9, 2025) (explaining that for proffered statistics to give rise to an inference of discriminatory intent, they "must not only be statistically significant in the mathematical sense, but they must also be of a level that makes other plausible non-discriminatory explanations very unlikely") (internal citations omitted).

Importantly, <u>Plaintiffs' comparison of general population data to either admitted or enrolled student data relies on incorrect data.  Specifically, they are using enrollment data for the wrong years</u>.  Plaintiffs are relying on data from Cornell's Class Profiles available online ("19.1% → 20.1% → 18.1% → 19.1% → 18.7% → 20.1%"), as they did in the original complaint.  *Compare* Doc. No. 1 ¶ 113 (and Exhibits 61. 62. 63, and) *with* Am. Compl. ¶ 88.[8]  In both versions

---

[8] Plaintiffs' initial Complaint referenced Cornell admissions statistics and attached excerpts of Cornell's class profiles as exhibits. The Amended Complaint again references Cornell's admissions statistics but does not attach the

of the complaint, however, Plaintiffs have incorrectly cited the enrollment years associated with the data.  The data cited by Plaintiffs in the Amended Complaint actually applies to enrolling years 2014-2019 (rather than 2024-2029, as they appear to suggest).[9]  *See also* Appendix to this Brief which includes class demographic data for Cornell enrollment classes from 2010-2020.

Setting aside all the legal and practical issues with comparing general census data with Cornell's enrollment numbers, the actual enrollment data associated with 2010-2020 paints a vastly different picture from what Plaintiffs claim.  The following is a breakdown of Cornell's federally reported percentages of Asian American enrollees, based on publicly available data for the enrolling classes from 2010-2020, which Cornell is attaching to its motion papers:

| | |
|---|---|
| Enrolling Class of 2010 | Enrolled Asian Americans: 14.9% |
| Enrolling Class of 2011 | Enrolled Asian Americans: 16.4% |
| Enrolling Class of 2012 | Enrolled Asian Americans: 16.9% |
| Enrolling Class of 2013 | Enrolled Asian Americans: 16.5% |
| Enrolling Class of 2014 | Enrolled Asian Americans: 19.1% |
| Enrolling Class of 2015 | Enrolled Asian Americans: 20.1% |
| Enrolling Class of 2016 | Enrolled Asian Americans: 18.1% |
| Enrolling Class of 2017 | Enrolled Asian Americans: 19.1% |
| Enrolling Class of 2018 | Enrolled Asian Americans: 18.7% |
| Enrolling Class of 2019 | Enrolled Asian Americans: 20.1% |
| Enrolling Class of 2020 | Enrolled Asian Americans: 22.4% |

The percentage change in enrolled Asian Americans between 2010 and 2020 at Cornell is an increase of 50.3% (22.4−14.9/14.9) compared to a 36% increase in the general population.

---

profiles as exhibits. On a Rule 12 motion, the Court may consider documents referenced in the complaint or "where the complaint relies heavily upon its terms and effect." *See Robinson v. Guardian Life Ins. Co. Grp. Long Term Disability Claim*, No. 3:24-cv-994 (BKS/MJK), 2025 WL 1191317, at *2 (N.D.N.Y. Apr. 24, 2025) (internal citations and quotations omitted). The profiles are available online. In order to facilitate the Court's review, the referenced profiles are appended to this brief.
[9] For example, the first cited figure of 19.1% refers to Asian students in the Class of 2018, enrolling in Fall 2014. *See* https://irp.cornell.edu/wp-content/uploads/2021/02/**Profile2014**_first-year.pdf, last visited September 15, 2025. The second figure of 20.1% refers to Asian students in the Class of 2019, enrolling in Fall 2015. https://irp.cornell.edu/wp-content/uploads/2021/02/**Profile2015**_first-year.pdf, last visited September 15, 2025.  The Cornell Class of 2024 profile makes this fact abundantly clear because it explicitly states that the information in the document pertains to students who "are expected to enroll for Fall 2020." https://irp.cornell.edu/wp-content/uploads/2021/02/**Profile2020**_first-year.pdf, last visited September 15, 2025.  The website addresses also include the actual year (see bolded text above).

Plaintiffs' allegations in the Amended Complaint relying on supposed data related to Cornell's 2023 enrollment class suffer from a similar flaw. The data they cite – such as "Cornell matriculated 214 Black freshman" (Am. Compl. ¶ 90) – are figures published by Cornell for the graduating class of 2023, i.e., students who enrolled in Fall 2019. *See* https://irp.cornell.edu/wp-content/uploads/2021/02/**Profile2019**_first-year.pdf, last visited September 15, 2025 (emphasis added). Using this flawed data, Plaintiffs attempt to compare the number of African Americans they claim enrolled in Cornell in Fall 2023 and the supposed 25th percentile SAT scores for Cornell students that year (1420), with the alleged number of African American students across the country taking the SAT in 2023 who scored between 1400-1600. *Id.* ¶¶ 90-91. Relying on these incorrect statistical figures, Plaintiffs claim there is no plausible explanation for the results, other than their conclusion that Asian American applicants are treated differently from other applicants, in particular African American applicants. *See id.* ¶¶ 92-100.

Even if Plaintiffs were not relying on incorrect data, their analysis is inherently flawed and entitled to no deference by this Court. They make no statistical allegations whatsoever regarding the pool of applicants Stanley was competing with – i.e., applicants to Cornell's College of Engineering. Simply put, Plaintiffs' statistical evidence provides no support whatsoever for their allegations that Cornell intentionally discriminated against Stanley on the basis of his race.

   3.   Plaintiffs Cannot Support An Inference of Discriminatory Intent Based on Cornell Joining An Amicus Brief in *SFFA*

The only other allegations in the Amended Complaint relevant to Cornell's decision regarding Stanley's application involve the amicus brief that fifteen schools, including Cornell, filed on August 1, 2022 in the *SFFA* case. *See* 2022 WL 3137023 (U.S.) (Appellate Brief). Plaintiffs inaccurately frame the amicus brief as "Cornell's brief" and inexplicably assert that the legal arguments in the brief in support of preserving the law as it was at the time somehow

constitute admissions against interest regarding Cornell's former and current admissions practices. Am. Compl. ¶¶ 34, 44. The legal arguments in the *amicus* brief are not probative of any discriminatory intent behind the rejection of Stanley's application: they were not made directly by a decision maker or by anyone with knowledge of Cornell's admissions decision making process; in fact, they were not specifically made by Cornell. *See Howard v. City of N.Y.,* 602 F. App'x 545, 547 (2d Cir. 2015) (summary order) (concluding plaintiff's complaint failed to create plausible inference of intentional race discrimination where alleged discriminatory comment was made by non-decision maker and plaintiff "proffered no evidence beyond mere speculation tying this statement to any decision maker."); *Cai v. Wyeth Pharms., Inc*., No. 09 Civ. 5333(GBD), 2012 WL 933668, at *7 (S.D.N.Y. Mar. 19, 2012) ("[I]t has been settled that stray remarks by a non-decision maker are insufficient to establish a prima facie case of…discrimination.") (citations omitted); *Taylor v. Abercrombie & Fitch Stores, Inc*., No. 08-CV-3264 (FB) (RML), 2010 WL 4168631, at *2 (E.D.N.Y. Oct. 18, 2010) ("Statements made by non-decisionmakers do not give rise to an inference of discrimination.") (citations omitted).

The remaining selectively quoted statements proffered by Plaintiffs – such as then-President Marth Pollack's June 29, 2023 statement concerning *SFFA* and Lisa Nishii's September 25, 2024 interview – occurred after Stanley's rejection.[10]  In any event, *SFFA* did not ban universities from seeking to enroll a diverse student body; it only held that schools may not discriminate on the basis of race in evaluating applications to achieve the goal of a diverse student body.  In fact, Justice Roberts' majority opinion stated that Harvard's goal of enhancing its students' education was "commendable."  *SFFA*, 600 U.S. at 214.  Likewise, Cornell's ongoing

---

[10] While Plaintiffs allege that Cornell convened a Presidential Task Force on Undergraduate Admissions, a final report with recommendations was not submitted until September 14, 2023.  Final Report, *available at* https://statements.cornell.edu/2023/20230914-presidential-task-force-undergraduate-admissions.cfm, last visited September 15, 2025.

desire to enroll a diverse student body is not evidence of current or past racial discrimination, and its diversity efforts extend to many different areas, including applicants who are veterans, are interested in ROTC, were homeschooled, and will be first-generation college students, among many others. *See* Admissions Information Section, *available at* https://admissions.cornell.edu/how-to-apply/first-year-applicants#:~:text=Educating%20military%20leaders%20has%20been,about%20ROTC%20at%20Cornell%20here, last visited September 15, 2025. In any event, the full text of the statements cited by Plaintiffs completely contradict Plaintiffs' assertions of discriminatory intent.

### B.   Plaintiffs Have Alleged No Relevant Substantive Facts to Support a Title VI Claim Regarding Cornell's Current Admissions Practices

Setting aside the paragraphs devoted to other universities, or Cornell's hiring practices, most of the Plaintiffs' substantive allegations center around Stanley's purported rejection during the 2022-2023 academic year. The amended pleading vacillates between these scant allegations concerning Stanley's admissions decision in 2022-2023 and Cornell's current admissions practices in 2025. Indeed, Plaintiffs allege no specific facts concerning Cornell's current admissions practices. How could they allege such facts: Minor Son is not yet eligible to apply to Cornell, and Stanley has chosen not to apply under the new practices Cornell adopted following *SFFA*. This is, of course, why the Court should dismiss these claims for lack of standing.

Moreover, the scant allegations devoted to Cornell's current admissions practices are nowhere close to plausibly alleging discrimination under the standards of *SFFA*, decided after Stanley's decision, with respect to what universities can consider in the admissions process. *See, e.g.*, Am. Compl. ¶ 38. Instead of alleging any specific facts regarding Cornell's current admissions practices, Plaintiffs want the Court to infer current racial discrimination based on statements in support of diversity following the *SFFA* decision. Plaintiffs maintain that Cornell

"views decisions of the Supreme Court of the United States as a procedural obstacle and simply sought new levers to pull in order to get the same race-based results." *Id.* ¶ 43. According to Plaintiffs' repeated accusation, these statements show that nothing has changed at Cornell since *SFFA*.

The actual substance of the referenced statements of then-President Martha Pollack and the September 25, 2024 interview by Lisa Nishii in no way support any inference of racial discrimination at Cornell generally, or at the College of Engineering, in particular. Plaintiffs conveniently ignore Pollack's clear representation in the June 29, 2023, statement that, regardless of her feelings regarding *SFFA*, "Cornell will follow the law."[11] Further, in her interview, Nishii explained that for the incoming class of 2028, the first group of undergraduate students admitted after *SFFA*, "Cornell complied with the requirements of the court's decision and" [t]his year, self-reported race and ethnicity data was not considered in the admissions review cycle." She further noted that

> Aggregated across our eight undergraduate admitting schools and colleges, the data show some shifts from recent norms in the racial and ethnic composition of our incoming fall 2024 class, which are not unexpected. More specifically, we've seen an overall decline in the racial diversity of our entering class, similar to many of our peers.[12]

Notably, Plaintiffs fail to attach or link to this interview, which is hardly a surprise given that the actual substance Nishii's statements contradicts their assertions of bias.

Plaintiffs also cite Jon Lindseth's January 23, 2024 complaints about admissions applications not including grades and SATs (*id.* ¶ 65), and they imply that Cornell continues to utilize what they view as a suspicious "test-recommended" or "test-blind" admissions policy. *Id.*

---

[11] *See* Ex. 59 to original complaint, *also available at* https://news.cornell.edu/stories/2023/06/president-pollack-message-supreme-court-decision, last visited September 15, 2025.

[12] Lisa Nishii Interview, available at https://news.cornell.edu/stories/2024/09/qa-cornell-releases-demographic-data-exceptional-incoming-class, last visited September 15, 2025.

¶ 61.  There is no allegation in the Amended Complaint that Cornell did not require or consider grades in the pool of applicants to Cornell during the 2022-2023 academic year (or at any other time).  Further, Cornell announced on April 22, 2024, that it was reinstating standardized testing requirements for students seeking undergraduate admission for Fall 2026 enrollment.  *See* https://news.cornell.edu/stories/2024/04/cornell-reinstate-standardized-test-requirements-fall-2026, last visited September 15, 2025.

Simply put, the allegations in the Amended Complaint about Cornell's current admission practices amount to nothing more than unsubstantiated (and incorrect) speculations that references to "diversity" are code for discrimination. *See, e.g.*, ¶¶ 29, 42-68.  In any event, this lawsuit provides no vehicle for this Court to review Cornell's post-*SFFA* admissions practices: Stanley's application was reviewed and acted upon prior to *SFFA*, and he has deliberately chosen not to reapply post-*SFFA*.  And Minor Son's prospective application is still years away.

### C.    Plaintiff's Conclusory Title VI Allegations Are Deficient as a Matter of Law

In truth, Plaintiffs include no allegations of any specific unlawful or discriminatory behavior at any time on the part of Cornell.  Courts in this Circuit have consistently dismissed similar complaints that rely on nothing more than rampant and unsupported speculation regarding admission or selection decisions.  For example, in *Doe v. New York University*, the Southern District dismissed a complaint, which included a Title VI claim, that alleged NYU's Law Review impermissibly discriminated on the basis of race.  No. 23-CV-10515 (VSB), 2024 U.S. Dist. LEXIS 97269 (S.D.N.Y. May 30, 2024).  Citing pre-*SFFA* practices, Plaintiff in that case argued that, despite a current facially neutral policy, the Law Review utilized a selection process that violated Title VI by "giving preferential treatment to women, non-Asian, homosexual, and transgender students." *Id.* at *1.  Analyzing the Title VI claim, the court held that the plaintiff's

conclusory assertions were nowhere near sufficient to avoid dismissal under 12(b)(6).  As the court

explained:

> Although the Law Review considered sex, race, gender identity, or sexual
> orientation before the Supreme Court's decision in SFFA, nothing about this
> practice was unlawful. [citing pre-*SFFA* authorities, like *Fisher* and *Bollinger*]
> Indeed, in FASORP II, Judge Edgardo Ramos came to the same conclusion. *See
> FASORP II*, 2020 U.S. Dist. LEXIS 56187, 2020 WL 1529311, at *7
> (concluding that the plaintiff failed to plausibly allege that the Law Review's
> "facially holistic [membership-selection] process . . . [is an] unlawful quota or
> set-aside program").  Accordingly, the Law Review's lawful practices of the past
> do not and cannot give rise to a plausible inference of discrimination today. *See
> Doe v. Columbia Univ.*, 831 F.3d 46, 55 (2d Cir. 2016) (requiring enough facts
> to support a "minimal plausible inference"); *Handy-Clay v. City of Memphis*,
> 695 F.3d 531, 539 (6th Cir. 2012) ("We need not accept as true . . . an
> unwarranted factual inference." (internal quotation marks omitted)).

*Id.* at *15-16 (emphasis added).  The court further noted that the Law Review's references to an

"ongoing commitment to diversity" in no way altered the court's decision, particularly when they

did not identify a particular type of applicant diversity and only referenced aspects of diversity that

"do not relate to any legally protected classification, such as life experience, political ideology,

academic interests, and socioeconomic background."  *Id.* at *16.

Similarly, in *Annabi v. New York University*, the Southern District dismissed under

12(b)(6) a pro se Arabic male plaintiff's lawsuit against NYU alleging Title VI and Title IX

violations after he was not selected for a new business venture competition.  2024 WL 4252062

(S.D.N.Y. Sep. 20, 2024), *aff'd*, 2025 WL 1066083 (2d Cir. Apr. 9, 2025).  In support of his claims,

plaintiff alleged, among other things, that he had previously been censored at two on-campus

events based on his national origin, race, and religion, and he proffered statistical evidence

concerning the percentage of female venture founders at NYU that he claimed demonstrated

gender discrimination.  *Id.* at *6.  Analyzing the federal discrimination claims together, the court

dismissed the causes of action, holding that none of plaintiff's allegations were sufficient to

demonstrate discriminatory intent. *Id.* at *7. With regard to the proffered statistics, the Southern District noted the allegations did not warrant an inference of gender bias because there were not "of a level that makes other plausible non-discriminatory explanations very unlikely." *Id.* at *8 (citing *Burgis v. N.Y.S. Dep't of Sanit.*, 798 F.3d 63, 69 (2d Cir. 2015)).

Even setting aside Plaintiffs' reliance on incorrect data in this case, the plaintiffs in both the above-referenced cases presented more detailed allegations regarding the defendants' admissions practices than Plaintiffs do here. *See Doe*, 2024 U.S. Dist. LEXIS 97269 at *15-16; *Annabi*, 2024 WL 4252062, at *6-8; *see also Pierce v. Woldenburg*; 11-CV-4248 (SJF)(AKT), 2012 WL 3260316, at *3 (E.D.N.Y. Aug. 7, 2012) (dismissing under 12(c) pro se plaintiff's Title VI claim alleging discrimination in Hofstra's medical school admissions process because "plaintiff offers no factual allegations supporting his belief that he suffered discrimination on the basis of his ethnic origin and/or religion" other than his exemplary undergraduate record).

## V.    Plaintiffs' Section 1981 Claim Must Fail

Plaintiffs' Section 1981 claim must also fail for the same reasons outlined above. To state a claim under Section 1981, a plaintiff must allege facts supporting the following elements: (1) plaintiff is a member of a racial minority; (2) the defendant's intent to discriminate on the basis of race; and (3) the discrimination concerned one of the statute's enumerated activities. *Minto v. Molloy Univ.*, 715 F. Supp. 3d 422, 431 (E.D.N.Y. 2024). Enrollment and admissions are activities covered by Section 1981. *See Weiss v. City Univ. of N.Y.*, No. 17-CV-3557 (VSB), 2021 WL 2784446, at *4 (S.D.N.Y. July 2, 2021).

A plaintiff bringing a Section 1981 claim must make more than conclusory allegations of racial discrimination in order to survive a motion to dismiss. *Albert v. Carovano*, 851 F.2d 561, 572 (2d Cir. 1988) (en banc) ("The naked allegation that appellees 'selectively enforce[ed] the College rules … against plaintiffs … because they are black [or] Latin' is too conclusory to survive

a motion to dismiss."). Further, a Section 1981 plaintiff "bears the burden of showing that race was a but-for cause of [the] injury." *Comcast Corp. v. Nat'l Ass'n of Afr. Am.-Owned Media*, 589 U.S. 327, 333 (2020). This but-for causation standard is more stringent than Title VI's "substantial and motiving factor standard." *See Meilus v. Rest. Opportunities Ctr. United, Inc*., No. 21-cv-02554 (CM), 2021 WL 4868557, at \*7 (S.D.N.Y. Oct. 15, 2021) (explaining that the federal but-for causation is more demanding than the motivating-factor standard); *Cooper v. Yale Univ*., No. 3:21-cv-1552 (MPS), 2024 U.S. Dist. LEXIS 35036, at \*37 (D. Conn. Feb. 29, 2024) (same); *Acosta v. Seaboard Foods, LLC*, No. 2:24-CV-100-Z-BR, 2024 WL 4428985, at \*2 (N.D. Tex. Oct. 4, 2024) ("But-for causation is a more demanding standard than motivating causation.")

Here, Stanley has failed to plausibly allege that he was discriminated against during the 2022-2023 academic year (under Title VI's "substantial and motivating factor" standard), and Minor Child cannot allege any imminent injury at all. Therefore, Plaintiffs cannot meet their burden under Section 1981's more stringent causation standard, so this claim must be dismissed.

## VI.    Plaintiffs' New York State Claims Against All Defendants Must Fail

Because Plaintiffs have not alleged any viable Title VI claim, their New York State Human Rights and Civil Rights Law claims ("NYSHRL" and "NYCRL," respectively) must also fail. In the Second Circuit, "a claim under the NYSHRL is evaluated under the same standard as an analogous claim under a federal antidiscrimination law … The federal statute analogous to Section 296(4) of the NYSHRL is Title VI." *Minto*, 715 F. Supp. 3d at 431 (explaining that the court "evaluates the plaintiffs' Title VI and NYSHRL claims under the same liability standards …") (internal citations omitted). Plaintiffs' claim under NYCRL § 40-c fails for the same reason. *See Padmanabhan v. N.Y. Inst. of Tech. Campus*, 2019 WL 4572194, at \*5 (S.D.N.Y. Sep. 20, 2019) ("Therefore, just as the Title VI claim must be dismissed for insufficient pleading, so must the claim under NYCRL [§ 40-c]") (citations omitted).

Additionally, Plaintiffs cannot maintain aiding and abetting causes of action against Cornell's current President Michael Kotlikoff or former Undergraduate Admissions Director Shawn Felton.  Under NYSHRL § 296(6), an individual employee may be held liable for aiding and abetting discriminatory conduct. However, "[t]o make out an aiding and abetting claim, the pleadings must allege that '[defendant] actually participate[d] in the conduct giving rise to a discrimination claim.'"  *Roenick v. Flood*, 2021 WL 2355108, at *7 (S.D.N.Y. June 9, 2021) (citations omitted). Plaintiffs allege that Michael Kotlikoff is responsible because he is Cornell's "chief executive officer."  Am. Compl. ¶ 13.  However, he did not become Cornell's acting President until 2024.  They allege that Shawn Felton is "directly responsible" for Cornell admissions policies and is "the principal architect and enforcer of the admissions system challenged in this lawsuit." *Id.* ¶ 14. Yet, he ceased being the Undergraduate Admissions Director in October 2023, nearly two years ago. *See supra* n. 5.  And Plaintiffs provide no explanation whatsoever as to Kotlikoff's or Felton's role in the College of Engineering's admissions decisions, let alone Stanley's application.  Further, "[i]n order for a defendant to be liable as an aider and abettor under § 296(6) of the NYSHRL, a plaintiff must first establish the existence of a primary violation of the NYSHRL by an employer or principal." *Alvarado v. United Hospice, Inc.*, 631 F. Supp. 3d 89, 122 (S.D.N.Y. 2022).  Given the lack of any allegation that either Michael Kotlikoff or Shawn Felton participated in the review of applications to the College of Engineering during the time of Stanley's application, the claims for aiding and abetting must also fail.

## CONCLUSION

The Amended Complaint should be dismissed with prejudice.

ADAM G. PENCE (701233)  
CONRAD R. WOLAN (512286)  
VALERIE CROSS DORN (505158)  
Cornell University  
118 Sage Place

JONATHAN B. FELLOWS, ESQ. (101628)  
JACQUELINE ZAHN, ESQ. (706206)  
BOND, SCHOENECK & KING, PLLC  
One Lincoln Center

Ithaca, New York 14850
(607) 255-5124
apence@cornell.edu

Syracuse, New York  13202-1355
Telephone:  (315) 218-8000
Email: jfellows@bsk.com

*Attorneys for Defendants*

# APPENDIX

**Page**

**Profile: Cornell Class of 2014 (enrolling 2010)** ...............................................................1

Also found online at: https://irp.cornell.edu/wp-content/uploads/2021/02/Profile2010_First-year.pdf

**Profile: Cornell Class of 2015 (enrolling 2011)** ...............................................................4

Also found online at: https://irp.cornell.edu/wp-content/uploads/2021/02/Profile2011_first-year.pdf

**Profile: Cornell Class of 2016 (enrolling 2012)** ...............................................................7

Also found online at: https://irp.cornell.edu/wp-content/uploads/2021/02/Profile2012_first-year.pdf

**Profile: Cornell Class of 2017 (enrolling 2013)** .............................................................10

Also found online at: https://irp.cornell.edu/wp-content/uploads/2021/02/Profile2013_first-year.pdf

**Profile: Cornell Class of 2018 (enrolling 2014)** .............................................................13

Also found online at: https://irp.cornell.edu/wp-content/uploads/2021/02/Profile2014_first-year.pdf

**Profile: Cornell Class of 2019 (enrolling 2015)** .............................................................16

Also found online at: https://irp.cornell.edu/wp-content/uploads/2021/02/Profile2015_first-year.pdf

**Profile: Cornell Class of 2020 (enrolling 2016)** .............................................................19

Also found online at: https://irp.cornell.edu/wp-content/uploads/2021/02/Profile2016_first-year.pdf

**Profile: Cornell Class of 2021 (enrolling 2017)** .............................................................22

Also found online at: https://irp.cornell.edu/wp-content/uploads/2021/02/Profile2017_first-year.pdf

**Profile: Cornell Class of 2022 (enrolling 2018)** .............................................................25

Also found online at: https://irp.cornell.edu/wp-content/uploads/2021/02/Profile2018_first-year.pdf

**Profile: Cornell Class of 2023 (enrolling 2019)** .............................................................28

Also found online at:  https://irp.cornell.edu/wp-content/uploads/2021/02/Profile2019_first-year.pdf

**Profile: Cornell Class of 2024 (enrolling 2020)** .............................................................31

Also found online at: https://irp.cornell.edu/wp-content/uploads/2021/02/Profile2020_first-year.pdf

 **Cornell University**

# PROFILE: CLASS OF 2014

## CLASS OF 2014: ENROLLING FALL FIRST-YEAR STUDENTS

**3,229 Fall first-year students are expected to enroll in the Class of 2014**[*]

- 49.8% are women; 50.2% are men
- 69.5% attended public high schools
- 14.3% are descendants of Cornell alumni
- 6.9% are recruited athletes
- The average age is 18

### ENROLLMENT BY CORNELL COLLEGE

**ENDOWED COLLEGES**

| | |
|---|---|
| College of Arts & Sciences | 1067 |
| College of Engineering | 767 |
| School of Hotel Administration | 167 |
| College of Architecture, Art & Planning | 102 |

**CONTRACT COLLEGES**

| | |
|---|---|
| College of Agriculture & Life Sciences | 711 |
| College of Human Ecology | 262 |
| School of Industrial and Labor Relations | 153 |

### STANDARDIZED TESTS

PERCENT OF ENROLLING STUDENTS SUBMITTING SAT SCORES: 90.1%

PERCENT OF ENROLLING STUDENTS SUBMITTING ACT SCORES: 36.4%

| | 25th Percentile | 50th Percentile | 75th Percentile | Mean/Average |
|---|---|---|---|---|
| SAT I Critical Reading | 640 | 680 | 730 | 681 |
| SAT I Math | 670 | 720 | 770 | 716 |
| SAT I Total | 1,330 | 1,410 | 1,480 | 1,396 |
| ACT Composite | 29 | 32 | 33 | 31 |

### HIGH SCHOOL CLASS RANK

PERCENT OF ENROLLING STUDENTS SUBMITTING HIGH SCHOOL CLASS RANK: 35%

| | |
|---|---|
| Top tenth of graduating class | 89% |
| Top quarter of graduating class | 99% |
| Top half of graduating class | 100% |

---

[*] First-years depositing to enroll based on July data; this figure may differ from official 6th week enrollment figures.

## FINANCIAL AID

| | | |
|---|---:|---:|
| Full-time first-year students | 3,229 | 100.0% |
| Students who applied for aid | 1,797 | 55.7% |
| Students determined to have financial need | 1,625 | 50.3% |
| Students awarded financial aid | 1,625 | 50.3% |
| Students receiving need-based scholarship/grant | 1,541 | 47.7% |
| | | |
| Average need-based scholarship/grant award from Cornell funds | $30,640 | |
| Average loan amount offered in aid package | $4,300 | |

## ETHNICITY AND RACE

- **18.2% identify themselves as under-represented minorities (URM).** URM is defined as American Indian/Alaska Native, Black/African American, Native Hawaiian/Pacific Islander, or any combination including one or more of these categories. All students of Hispanic/Latino ethnicity, regardless of race, are also considered URM.
- **33.1% identify themselves as students of color (URM or Asian American).**

| | | |
|---|---:|---:|
| **U.S. Citizens, Permanent Residents, or Refugees** | | |
| Hispanic/Latino ethnicity, of any race | 327 | 10.1% |
| | | |
| Non-Hispanic/Latino ethnicity, by race | | |
| American Indian or Alaska Native | 15 | 0.5% |
| Asian American | 481 | 14.9% |
| Black /African American | 172 | 5.3% |
| Native Hawaiian or Pacific Islander | 0 | 0.0% |
| White | 1479 | 45.8% |
| Bi-Multiracial, non-Hispanic/Latino URM | 75 | 2.3% |
| Bi-Multiracial, not URM | 81 | 2.5% |
| Other | 2 | 0.1% |
| Not reported | 315 | 9.8% |
| | | |
| **International, of any ethnicity and race** | 282 | 8.7% |

## GEOGRAPHIC DIVERSITY

Members of the Class of 2014 reside in 42 different countries and 49 of the 50 United States, plus Washington DC, Puerto Rico, and Guam.

| | | |
|---|---:|---:|
| **REGIONAL REPRESENTATION** (by location of secondary school) | | |
| New York | 1,049 | 32.5% |
| Mid-Atlantic | 669 | 20.7% |
| New England | 325 | 10.1% |
| Far West | 387 | 12.0% |
| Midwest | 209 | 6.5% |
| Southeast | 186 | 5.8% |
| Southwest | 156 | 4.8% |
| International | 248 | 7.7% |

## COMPARATIVE DATA:  2010 FALL FIRST-YEAR, UNIVERSITY TOTALS

| OVERVIEW | Early Decision | Regular Decision | Total |
|---|---|---|---|
| Applicants | 3,594 | 32,744 | 36,338 |
| Admits | 1,175 | 5,498 | 6,673 |
| Enrolling | 1,147 | 2,082 | 3,229 |

**WAITLIST**

| | |
|---|---|
| Number of qualified applicants offered a place on the waitlist | 2,551 |
| Number accepting a place on the waitlist | 1,483 |
| Number admitted from the waitlist | 0 |

| SAT I CRITICAL READING | Applicants | Admits | Enrolling[†] |
|---|---|---|---|
| 750 - 800 | 14% | 27% | 17% |
| 700 - 749 | 20% | 28% | 27% |
| 650 - 699 | 24% | 23% | 27% |
| 600 - 649 | 20% | 15% | 18% |
| 550 - 599 | 11% | 5% | 8% |
| 500 - 549 | 6% | 2% | 3% |
| Below 500 | 4% | 1% | 1% |

| SAT I MATH | Applicants | Admits | Enrolling |
|---|---|---|---|
| 750 - 800 | 37% | 49% | 39% |
| 700 - 749 | 21% | 23% | 26% |
| 650 - 699 | 20% | 17% | 20% |
| 600 - 649 | 11% | 8% | 10% |
| 550 - 599 | 6% | 3% | 3% |
| 500 - 549 | 3% | 1% | 1% |
| Below 500 | 2% | 0% | 0% |

| HIGH SCHOOL CLASS RANK *(35 % of all applicants reported rank)* | Applicants | Admits | Enrolling |
|---|---|---|---|
| Top tenth | 74% | 93% | 89% |
| Top quarter | 92% | 99% | 99% |
| Top half | 98% | 100% | 100% |

---

[†] First-years depositing to enroll based on July data; this figure may differ from official 6th week enrollment figures.

**Cornell University**    PROFILE:  CLASS OF 2015

## CLASS OF 2015:   ENROLLING FALL FIRST-YEAR STUDENTS

**3,356 fall first-year students are expected to enroll in the Class of 2015**[*]

- 49.9% are women; 50.1% are men
- 65.6% attended public high schools
- 15.3% are descendants of Cornell alumni
- 6.4% are recruited athletes
- The average age is 18

### ENROLLMENT BY CORNELL COLLEGE

**ENDOWED COLLEGES**

| | |
|---|---|
| College of Arts & Sciences | 1,155 |
| College of Engineering | 773 |
| School of Hotel Administration | 175 |
| College of Architecture, Art & Planning | 114 |

**CONTRACT COLLEGES**

| | |
|---|---|
| College of Agriculture & Life Sciences | 699 |
| College of Human Ecology | 277 |
| School of Industrial and Labor Relations | 163 |

### STANDARDIZED TESTS

PERCENT OF ENROLLING STUDENTS SUBMITTING SAT SCORES:  87.8%

PERCENT OF ENROLLING STUDENTS SUBMITTING ACT SCORES:  36.4%

| | 25th Percentile | 50th Percentile | 75th Percentile | Mean/Average |
|---|---|---|---|---|
| SAT I Critical Reading | 630 | 680 | 730 | 678 |
| SAT I Math | 670 | 730 | 770 | 715 |
| SAT I Total | 1,320 | 1,410 | 1,480 | 1,393 |
| ACT Composite | 29 | 31 | 33 | 31 |

### HIGH SCHOOL CLASS RANK

PERCENT OF ENROLLING STUDENTS SUBMITTING HIGH SCHOOL CLASS RANK: 35.5%

| | |
|---|---|
| Top tenth of graduating class | 89% |
| Top quarter of graduating class | 98% |
| Top half of graduating class | 99% |

---

[*] First-years depositing to enroll based on July data; this figure may differ from official 6th week enrollment figures.

## FINANCIAL AID

| | | |
|---|---|---|
| Full-time first-year students | 3,356 | 100.0% |
| Students who applied for aid | 2,078 | 61.9% |
| Students determined to have financial need | 1,692 | 50.4% |
| Students awarded financial aid | 1,692 | 50.4% |
| Students receiving need-based scholarship/grant | 1,630 | 48.6% |
| | | |
| Average need-based scholarship/grant award from Cornell funds | $33,099 | |
| Average loan amount offered in aid package | $4,600 | |

## ETHNICITY AND RACE

- **20.1% identify themselves as under-represented minorities (URM).**  URM is defined as American Indian/Alaska Native, Black/African American, Native Hawaiian/Pacific Islander, or any combination including one or more of these categories.  All students of Hispanic/Latino ethnicity, regardless of race, are also considered URM.
- **36.4% identify themselves as students of color (URM or Asian American).**

**U.S. Citizens, Permanent Residents, or Refugees**

| | | |
|---|---|---|
| Hispanic/Latino ethnicity, of any race | 387 | 11.5% |
| | | |
| Non-Hispanic/Latino ethnicity, by race | | |
| American Indian or Alaska Native | 7 | 0.2% |
| Asian American | 549 | 16.4% |
| Black /African American | 209 | 6.2% |
| Native Hawaiian or Pacific Islander | 2 | 0.1% |
| White | 1,382 | 41.2% |
| Bi-Multiracial, non-Hispanic/Latino URM | 68 | 2.0% |
| Bi-Multiracial, not URM | 71 | 2.1% |
| Not reported | 332 | 9.9% |
| | | |
| **International, of any ethnicity and race** | 349 | 10.4% |

## GEOGRAPHIC DIVERSITY

Members of the Class of 2015 represent 45 different countries and reside in 48 of the 50 United States, plus Washington DC and Puerto Rico.

**REGIONAL REPRESENTATION** (by location of high school)

| | | |
|---|---|---|
| New York | 993 | 29.6% |
| Mid-Atlantic | 703 | 20.9% |
| Far West | 415 | 12.4% |
| New England | 358 | 10.7% |
| International | 303 | 9.0% |
| Midwest | 258 | 7.7% |
| Southeast | 182 | 5.4% |
| Southwest | 141 | 4.2% |
| Unknown | 3 | 0.1% |

## COMPARATIVE DATA:  2011 FALL FIRST-YEAR, UNIVERSITY TOTALS

| OVERVIEW | Early Decision | Regular Decision | Total |
|---|---|---|---|
| Applicants | 3,479 | 32,908 | 36,387 |
| Admits | 1,227 | 5,311 | 6,538 |
| Enrolling | 1,180 | 2,176 | 3,356 |

**WAITLIST**

| | |
|---|---|
| Number of qualified applicants offered a place on the waitlist | 2,982 |
| Number accepting a place on the waitlist | 1,846 |
| Number admitted from the waitlist | 0 |

| SAT I CRITICAL READING | Applicants | Admits | Enrolling[†] |
|---|---|---|---|
| 750 - 800 | 14% | 26% | 16% |
| 700 - 740 | 21% | 29% | 26% |
| 650 - 690 | 23% | 23% | 27% |
| 600 - 640 | 19% | 14% | 18% |
| 550 - 590 | 12% | 6% | 8% |
| 500 - 540 | 6% | 2% | 3% |
| Below 500 | 5% | <1% | 1% |

| SAT I MATH | Applicants | Admits | Enrolling |
|---|---|---|---|
| 750 - 800 | 36% | 49% | 40% |
| 700 - 740 | 23% | 24% | 25% |
| 650 - 690 | 19% | 16% | 18% |
| 600 - 640 | 11% | 8% | 11% |
| 550 - 590 | 6% | 3% | 4% |
| 500 - 540 | 3% | 1% | 2% |
| Below 500 | 2% | <1% | <1% |

| HIGH SCHOOL CLASS RANK | Applicants | Admits | Enrolling |
|---|---|---|---|
| Top tenth | 74% | 93% | 89% |
| Top quarter | 92% | 98% | 98% |
| Top half | 98% | 99% | 99% |

---

[†] First-years depositing to enroll based on July data; this figure may differ from official 6th week enrollment figures.



# PROFILE:  CLASS OF 2016

## CLASS OF 2016:   ENROLLING FALL FIRST-YEAR STUDENTS

### 3,270 fall first-year students are expected to enroll in the Class of 2016[*]

- 52.7% are women; 47.3% are men
- 66.3% attended public high schools
- 14.2% are descendants of Cornell alumni
- 13.8% are first-generation college
- 5.9% are recruited athletes
- The average age is 18

### ENROLLMENT BY CORNELL COLLEGE

**ENDOWED COLLEGES**

| | |
|---|---|
| College of Arts & Sciences | 1,075 |
| College of Engineering | 797 |
| School of Hotel Administration | 177 |
| College of Architecture, Art & Planning | 109 |

**CONTRACT COLLEGES**

| | |
|---|---|
| College of Agriculture & Life Sciences | 669 |
| College of Human Ecology | 281 |
| School of Industrial and Labor Relations | 162 |

### STANDARDIZED TESTS

PERCENT OF ENROLLING STUDENTS SUBMITTING SAT SCORES: 85.5%

PERCENT OF ENROLLING STUDENTS SUBMITTING ACT SCORES: 37.2%

| | 25th Percentile | 50th Percentile | 75th Percentile | Mean/Average |
|---|---|---|---|---|
| SAT I Critical Reading | 640 | 690 | 740 | 685 |
| SAT I Math | 670 | 720 | 780 | 717 |
| SAT I Total | 1,330 | 1,420 | 1,490 | 1,401 |
| ACT Composite | 30 | 32 | 33 | 31 |

### HIGH SCHOOL CLASS RANK

PERCENT OF ENROLLING STUDENTS SUBMITTING HIGH SCHOOL CLASS RANK: 32.7%

| | |
|---|---|
| Top tenth of graduating class | 91% |
| Top quarter of graduating class | 98% |
| Top half of graduating class | 100% |

---

[*] First-years depositing to enroll based on July data; this figure may differ from official 6th week registration figures.

## FINANCIAL AID

Full-time first-year students

| | | |
|---|---|---|
| Students who applied for aid | 2,234 | 68.3% |
| Students determined to have financial need | 1,649 | 50.4% |
| Students awarded financial aid | 1,649 | 50.4% |
| Students receiving need-based scholarship/grant | 1,550 | 47.4% |
| | | |
| Average need-based scholarship/grant award from Cornell funds | $35,687 | |
| Average loan amount offered in aid package | $4,744 | |

## ETHNICITY AND RACE

- **20.5% identify themselves as under-represented minorities (URM).** URM is defined as American Indian/Alaska Native, Black/African American, Native Hawaiian/Pacific Islander, or any combination including one or more of these categories. All students of Hispanic/Latino ethnicity, regardless of race, are also considered URM.
- **39.8% identify themselves as students of color.**

**U.S. Citizens, Permanent Residents, or Refugees**

| | | |
|---|---|---|
| Hispanic/Latino ethnicity, of any race | 392 | 12.0% |
| | | |
| Non-Hispanic/Latino ethnicity, by race | | |
| American Indian or Alaska Native | 12 | 0.4% |
| Asian American | 553 | 16.9% |
| Black /African American | 190 | 5.8% |
| Native Hawaiian or Pacific Islander | 3 | 0.1% |
| White | 1,349 | 41.3% |
| Bi-Multiracial, non-Hispanic/Latino URM | 73 | 2.2% |
| Bi-Multiracial, not URM | 78 | 2.4% |
| Not reported | 301 | 9.2% |
| | | |
| **International, of any ethnicity and race** | 319 | 9.8% |

## GEOGRAPHIC DIVERSITY

Members of the Class of 2016 represent 46 different countries and reside in 47 of the 50 United States, plus Washington DC, Puerto Rico, and the US Virgin Islands.

**REGIONAL REPRESENTATION** (by location of high school)

| | | |
|---|---|---|
| New York | 953 | 29.1% |
| Mid-Atlantic | 683 | 20.9% |
| Far West | 443 | 13.5% |
| International | 311 | 9.5% |
| New England | 299 | 9.1% |
| Midwest | 225 | 6.9% |
| Southeast | 208 | 6.4% |
| Southwest | 146 | 4.5% |
| Unknown | 2 | 0.1% |

## COMPARATIVE DATA:  2012 FALL FIRST-YEAR, UNIVERSITY TOTALS

| OVERVIEW | Early Decision | Regular Decision | Total |
|---|---|---|---|
| Applicants | 3,600 | 34,208 | 37,808 |
| Admits | 1,180 | 5,079 | 6,259 |
| Enrolling | 1,142 | 2,128 | 3,270 |

| WAITLIST | |
|---|---|
| Number of qualified applicants offered a place on the waitlist | 3,098 |
| Number accepting a place on the waitlist | 1,941 |
| Number admitted from the waitlist | 139 |

| SAT I CRITICAL READING | Applicants | Admits | Enrolling[†] |
|---|---|---|---|
| 750 - 800 | 16% | 30% | 19% |
| 700 - 740 | 21% | 29% | 28% |
| 650 - 690 | 23% | 22% | 27% |
| 600 - 640 | 18% | 12% | 15% |
| 550 - 590 | 12% | 5% | 8% |
| 500 - 540 | 6% | 1% | 2% |
| Below 500 | 4% | <1% | 1% |

| SAT I MATH | Applicants | Admits | Enrolling |
|---|---|---|---|
| 750 - 800 | 37% | 47% | 39% |
| 700 - 740 | 23% | 26% | 27% |
| 650 - 690 | 18% | 16% | 19% |
| 600 - 640 | 11% | 8% | 9% |
| 550 - 590 | 6% | 3% | 5% |
| 500 - 540 | 3% | 1% | 1% |
| Below 500 | 2% | 0% | 0% |

| HIGH SCHOOL CLASS RANK | Applicants | Admits | Enrolling |
|---|---|---|---|
| Top tenth | 74% | 94% | 91% |
| Top quarter | 92% | 99% | 98% |
| Top half | 99% | 100% | 100% |

---

[†] First-years depositing to enroll based on July data; this figure may differ from official 6th week registration figures.

 Cornell University     PROFILE:  CLASS OF 2017

## CLASS OF 2017:   ENROLLING FALL FIRST-YEAR STUDENTS

**3,282 fall first-year students are expected to enroll**[*]

- 50.8% are women; 49.2% are men
- 66.2% attended public high schools
- 16.1% are descendants of Cornell alumni
- 12.1% are first-generation college
- 6.7% are recruited athletes
- The average age is 18

### ENROLLMENT BY CORNELL COLLEGE

**ENDOWED COLLEGES**

| | |
|---|---|
| College of Arts & Sciences | 1,095 |
| College of Engineering | 763 |
| School of Hotel Administration | 175 |
| College of Architecture, Art & Planning | 123 |

**CONTRACT COLLEGES**

| | |
|---|---|
| College of Agriculture & Life Sciences | 678 |
| College of Human Ecology | 276 |
| School of Industrial and Labor Relations | 172 |

### STANDARDIZED TESTS

PERCENT OF ENROLLING STUDENTS SUBMITTING SAT SCORES: 82.4%

PERCENT OF ENROLLING STUDENTS SUBMITTING ACT SCORES: 38.9%

| | 25th Percentile | 50th Percentile | 75th Percentile | Mean/Average |
|---|---|---|---|---|
| SAT I Critical Reading | 640 | 690 | 740 | 688 |
| SAT I Math | 680 | 730 | 780 | 720 |
| SAT I Total | 1,330 | 1,430 | 1,490 | 1,407 |
| ACT Composite | 30 | 32 | 34 | 31 |

### HIGH SCHOOL CLASS RANK

PERCENT OF ENROLLING STUDENTS SUBMITTING HIGH SCHOOL CLASS RANK: 29.3%

| | |
|---|---|
| Top tenth of graduating class | 87% |
| Top quarter of graduating class | 98% |
| Top half of graduating class | 99% |

---

[*] First-years depositing to enroll based on July data; this figure may differ from official 6th week registration figures.

## FINANCIAL AID

| | | |
|---|---|---|
| Full-time first-year students | 3,282 | |
| Students who applied for aid | 1,774 | 54.1% |
| Students qualified for need-based financial aid | 1,611 | 49.1% |
| Students awarded need-based grant aid from Cornell sources | 1,493 | 45.5% |
| Average need-based grant award from Cornell funds | $33,789 | |
| Average loan amount offered in aid package | $5,989 | |

## ETHNICITY AND RACE

- **22.1% identify themselves as under-represented minorities (URM).** URM is defined as American Indian/Alaska Native, Black/African American, Native Hawaiian/Pacific Islander, or any combination including one or more of these categories. All students of Hispanic/Latino ethnicity, regardless of race, are also considered URM.
- **40.8% identify themselves as students of color.**

**U.S. Citizens, Permanent Residents, or Refugees**

| | | |
|---|---|---|
| Hispanic/Latino ethnicity, of any race | 398 | 12.1% |
| Non-Hispanic/Latino ethnicity, by race | | |
| American Indian or Alaska Native | 14 | 0.4% |
| Asian American | 542 | 16.5% |
| Black /African American | 231 | 7.0% |
| Native Hawaiian or Pacific Islander | 1 | <.1% |
| White | 1,258 | 38.3% |
| Bi-Multiracial, non-Hispanic/Latino URM | 80 | 2.4% |
| Bi-Multiracial, not URM | 74 | 2.3% |
| Not reported | 313 | 9.5% |
| **International, of any ethnicity and race** | 371 | 11.3% |

## GEOGRAPHIC DIVERSITY

Members of the Class of 2017 represent 51 countries and reside in 48 of the 50 United States plus Washington DC and Puerto Rico.

**REGIONAL REPRESENTATION** (by location of school)

| | | |
|---|---|---|
| New York | 990 | 30.2% |
| Mid-Atlantic | 626 | 19.1% |
| Far West | 400 | 12.2% |
| International | 355 | 10.8% |
| New England | 323 | 9.8% |
| Midwest | 247 | 7.5% |
| Southeast | 212 | 6.5% |
| Southwest | 125 | 3.8% |
| Unknown | 4 | 0.1% |

## COMPARATIVE DATA:  2013 FALL FIRST-YEARS, UNIVERSITY TOTALS

| OVERVIEW | Early Decision | Regular Decision | Total |
|---|---|---|---|
| Applicants | 4,203 | 35,796 | 39,999 |
| Admits | 1,247 | 4,975 | 6,222 |
| Enrolling | 1,203 | 2,079 | 3,282 |

**WAITLIST**

| | |
|---|---|
| Number of qualified applicants offered a place on the waitlist | 3,144 |
| Number accepting a place on the waitlist | 1,966 |
| Number admitted from the waitlist | 168 |

| SAT I CRITICAL READING | Applicants | Admits | Enrolling[†] |
|---|---|---|---|
| 750 - 800 | 17% | 32% | 21% |
| 700 - 740 | 21% | 29% | 28% |
| 650 - 690 | 22% | 19% | 23% |
| 600 - 640 | 19% | 12% | 17% |
| 550 - 590 | 11% | 5% | 8% |
| 500 - 540 | 6% | 2% | 2% |
| Below 500 | 4% | <1% | <1% |

| SAT I MATH | Applicants | Admits | Enrolling |
|---|---|---|---|
| 750 - 800 | 40% | 51% | 43% |
| 700 - 740 | 22% | 23% | 23% |
| 650 - 690 | 18% | 16% | 19% |
| 600 - 640 | 10% | 7% | 10% |
| 550 - 590 | 5% | 3% | 4% |
| 500 - 540 | 3% | 1% | 1% |
| Below 500 | 2% | 0% | 0% |

| HIGH SCHOOL CLASS RANK | Applicants | Admits | Enrolling |
|---|---|---|---|
| Top tenth | 74% | 91% | 87% |
| Top quarter | 92% | 98% | 98% |
| Top half | 98% | 99% | 99% |

---

[†] First-years depositing to enroll based on July data; this figure may differ from official 6th week registration figures.

 **Cornell University**

# PROFILE:  CLASS OF 2018

## CLASS OF 2018:   ENROLLING FALL FIRST-YEAR STUDENTS

**3,261 fall first-year students are expected to enroll**[*]

- 51.1% are women; 48.9% are men
- 64.6% attended public high schools
- 14.6% are descendants of Cornell alumni
- 13.5% are first-generation college
- 7.0% are recruited athletes
- The average age is 18

### ENROLLMENT BY CORNELL COLLEGE

**ENDOWED COLLEGES**

| | |
|---|---|
| College of Arts & Sciences | 1,087 |
| College of Engineering | 763 |
| School of Hotel Administration | 174 |
| College of Architecture, Art & Planning | 116 |

**CONTRACT COLLEGES**

| | |
|---|---|
| College of Agriculture & Life Sciences | 679 |
| College of Human Ecology | 280 |
| School of Industrial & Labor Relations | 162 |

### STANDARDIZED TESTS

PERCENT OF ENROLLING STUDENTS SUBMITTING SAT SCORES:  79.7%

PERCENT OF ENROLLING STUDENTS SUBMITTING ACT SCORES:  41.4%

| | 25th Percentile | 50th Percentile | 75th Percentile | Mean/Average |
|---|---|---|---|---|
| SAT I Critical Reading | 650 | 700 | 740 | 693 |
| SAT I Math | 680 | 740 | 770 | 722 |
| SAT I Total | 1,350 | 1,440 | 1,500 | 1,415 |
| ACT Composite | 30 | 32 | 34 | 32 |

### HIGH SCHOOL CLASS RANK

PERCENT OF ENROLLING STUDENTS SUBMITTING HIGH SCHOOL CLASS RANK: 28.3%

| | |
|---|---|
| Top tenth of graduating class | 87% |
| Top quarter of graduating class | 98% |
| Top half of graduating class | 99% |

---

[*] First-years depositing to enroll based on July data; this figure may differ from official 6th week registration figures.

## FINANCIAL AID

| | | |
|---|---|---|
| Full-time first-year students | 3,261 | |
| Students who applied for aid | 1,652 | 50.7% |
| Students qualified for need-based financial aid | 1,559 | 47.8% |
| Students awarded need-based grant aid from Cornell sources | 1,447 | 44.4% |
| | | |
| Average need-based grant award from Cornell funds | $35,735 | |
| Average loan amount offered in aid package | $5,783 | |

## ETHNICITY AND RACE: INSTITUTIONAL REPORTING

Consistent with practices established by the federal government and in use across higher education, the following reporting framework counts each student within a single category.  Based on these categories,

- **21.7% identify themselves as under-represented minorities (URM).**  URM is defined as American Indian (U.S.), Black (U.S), Hawaiian/Pacific Isle (U.S.) or any combination including one or more of these categories.  All students of Hispanic ethnicity, regardless of race, are also considered URM.
- **42.9% identify themselves as students of color.** This group includes URM plus Asian (U.S.) and Multi Race non-URM (U.S.).

**U.S. Citizens, Permanent Residents, and Refugees**

| | | |
|---|---|---|
| Hispanic (U.S.) | 414 | 12.7% |
| | | |
| Non-Hispanic/Latino ethnicity, by race | | |
| American Indian (U.S.) | 12 | 0.4% |
| Asian (U.S.) | 622 | 19.1% |
| Black (U.S.) | 200 | 6.1% |
| Hawaiian/Pacific Isle (U.S.) | 6 | 0.2% |
| White (U.S.) | 1,375 | 42.2% |
| Multi Race URM (U.S.) | 75 | 2.3% |
| Multi Race non-URM (U.S.) | 70 | 2.1% |
| Unknown (U.S.) | 184 | 5.6% |
| | | |
| **International, of any ethnicity and race** | 303 | 9.3% |

## ETHNICITY AND RACE:  U.S. CITIZENS' SELF-REPORTS

To reflect the many ways in which U.S. citizens, permanent residents, and refugees self-identify combinations of ethnicity and/or race, the following figures show the proportion checking each option. The totals will sum to greater than 100%, since students may select more than one. *International students are not included.*

| | | |
|---|---|---|
| Total U.S. Citizens, Permanent Residents, and Refugees: | 2,958 | |
| Indicated Hispanic | 414 | 14.0% |
| Indicated American Indian | 58 | 2.0% |
| Indicated Asian | 726 | 24.5% |
| Indicated Black | 250 | 8.5% |
| Indicated Hawaiian/Pacific Isle | 19 | 0.6% |
| Indicated White | 1,784 | 60.3% |

GEOGRAPHIC DIVERSITY

Members of the Class of 2018 represent 51 countries and reside in 48 of the 50 United States plus Washington DC and Puerto Rico.

**REGIONAL REPRESENTATION** (by location of school)

| | | |
|---|---|---|
| New York | 996 | 30.5% |
| Mid-Atlantic | 640 | 19.6% |
| Far West | 374 | 11.5% |
| International | 325 | 10.0% |
| New England | 322 | 9.9% |
| Midwest | 243 | 7.5% |
| Southeast | 229 | 7.0% |
| Southwest | 130 | 4.0% |
| Unknown | 2 | 0.1% |

## COMPARATIVE DATA:  2014 FALL FIRST-YEARS, UNIVERSITY TOTALS

| OVERVIEW | Early Decision | Regular Decision | Total |
|---|---|---|---|
| Applicants | 4,782 | 38,255 | 43,037 |
| Admits | 1,338 | 4,767 | 6,105 |
| Enrolling | 1,283 | 1,978 | 3,261 |

**WAITLIST**

| | |
|---|---|
| Number of qualified applicants offered a place on the waitlist | 3,143 |
| Number accepting a place on the waitlist | 2,026 |
| Number admitted from the waitlist | 96 |

| SAT I CRITICAL READING | Applicants | Admits | Enrolling[†] |
|---|---|---|---|
| 750 - 800 | 18% | 34% | 22% |
| 700 - 740 | 21% | 29% | 29% |
| 650 - 690 | 23% | 20% | 25% |
| 600 - 640 | 18% | 11% | 15% |
| 550 - 590 | 10% | 4% | 6% |
| 500 - 540 | 5% | 2% | 3% |
| Below 500 | 4% | 0.2% | 0.3% |

| SAT I MATH | Applicants | Admits | Enrolling |
|---|---|---|---|
| 750 - 800 | 40% | 52% | 45% |
| 700 - 740 | 22% | 24% | 25% |
| 650 - 690 | 17% | 14% | 16% |
| 600 - 640 | 10% | 8% | 10% |
| 550 - 590 | 5% | 2% | 3% |
| 500 - 540 | 3% | 1% | 1% |
| Below 500 | 2% | 0.1% | 0.2% |

---

[†] First-years depositing to enroll based on July data; this figure may differ from official 6th week registration figures.

# Cornell University    PROFILE:  CLASS OF 2019

## CLASS OF 2019:   ENROLLING FALL FIRST-YEAR STUDENTS

### 3,219 fall first-year students are expected to enroll[*]

- 52.4% are women; 47.6% are men
- 65.1% attended public high schools
- 17.5% are descendants of Cornell alumni
- 13.3% are first-generation college
- 7.2% are recruited athletes
- The average age is 18

### ENROLLMENT BY CORNELL COLLEGE

**ENDOWED COLLEGES**

| | |
|---|---:|
| College of Arts & Sciences | 1,086 |
| College of Engineering | 746 |
| School of Hotel Administration | 175 |
| College of Architecture, Art & Planning | 112 |

**CONTRACT COLLEGES**

| | |
|---|---:|
| College of Agriculture & Life Sciences | 669 |
| College of Human Ecology | 269 |
| School of Industrial & Labor Relations | 162 |

### STANDARDIZED TESTS

PERCENT OF ENROLLING STUDENTS SUBMITTING SAT SCORES:  75.0%

PERCENT OF ENROLLING STUDENTS SUBMITTING ACT SCORES:  45.3%

| | 25th Percentile | 50th Percentile | 75th Percentile | Mean/Average |
|---|---:|---:|---:|---:|
| SAT I Critical Reading | 650 | 700 | 750 | 698 |
| SAT I Math | 680 | 740 | 780 | 724 |
| SAT I Total | 1,350 | 1,440 | 1,510 | 1,422 |
| ACT Composite | 30 | 32 | 34 | 32 |

### HIGH SCHOOL CLASS RANK

PERCENT OF ENROLLING STUDENTS SUBMITTING HIGH SCHOOL CLASS RANK: 27.5%

| | |
|---|---:|
| Top tenth of graduating class | 88% |
| Top quarter of graduating class | 97% |
| Top half of graduating class | 100% |

---

[*] First-year depositors expected to enroll based on July data; this figure may differ from official 6th week registration figures.

## FINANCIAL AID

| | | |
|---|---|---|
| Full-time first-year students | 3,219 | |
|     Students who applied for aid | 1,533 | 47.6% |
|     Students qualified for need-based financial aid | 1,457 | 45.3% |
|     Students awarded need-based grant aid from Cornell sources | 1,395 | 43.3% |
|     Average need-based grant award from Cornell funds | $37,392 | |
|     Average loan amount offered in aid package | $6,076 | |

## ETHNICITY AND RACE: INSTITUTIONAL REPORTING

Consistent with practices established by the federal government and in use across higher education, the following reporting framework counts each student within a single category. Based on these categories,

- **23.5% identify themselves as under-represented minorities (URM).** URM is defined as American Indian (U.S.), Black (U.S), Hawaiian/Pacific Isle (U.S.) or any combination including one or more of these categories. All students of Hispanic ethnicity, regardless of race, are also considered URM.
- **46.2% identify themselves as students of color.** This group includes URM plus Asian (U.S.) and Multi Race non-URM (U.S.).

| | | |
|---|---|---|
| **U.S. Citizens, Permanent Residents, and Refugees** | | |
| Hispanic (U.S.) | 452 | 14.0% |
| Non-Hispanic/Latino ethnicity, by race | | |
|     American Indian (U.S.) | 15 | 0.5% |
|     Asian (U.S.) | 647 | 20.1% |
|     Black (U.S.) | 226 | 7.0% |
|     Hawaiian/Pacific Isle (U.S.) | 4 | 0.1% |
|     White (U.S.) | 1,189 | 36.9% |
|     Multi Race URM (U.S.) | 59 | 1.8% |
|     Multi Race non-URM (U.S.) | 85 | 2.6% |
|     Unknown (U.S.) | 238 | 7.4% |
| **International, of any ethnicity and race** | 304 | 9.4% |

## ETHNICITY AND RACE:  U.S. CITIZENS' SELF-REPORTS

To reflect the many ways in which U.S. citizens, permanent residents, and refugees self-identify combinations of ethnicity and/or race, the following figures show the proportion checking each option. The totals will sum to greater than 100%, since students may select more than one. *International students are not included.*

| | | |
|---|---|---|
| Total U.S. Citizens, Permanent Residents, and Refugees: | 2,915 | |
|     Indicated Hispanic | 452 | 15.5% |
|     Indicated American Indian | 51 | 1.7% |
|     Indicated Asian | 769 | 26.4% |
|     Indicated Black | 282 | 9.7% |
|     Indicated Hawaiian/Pacific Isle | 12 | 0.4% |
|     Indicated White | 1594 | 54.7% |

GEOGRAPHIC DIVERSITY

Members of the Class of 2019 reside in 48 of the 50 United States plus Washington DC, Guam, Puerto Rico, and the U.S. Virgin Islands. International students are citizens of 44 countries.

**REGIONAL REPRESENTATION** (by location of school)

| | | |
|---|---|---|
| New York | 937 | 29.1% |
| Mid-Atlantic | 633 | 19.7% |
| Far West | 410 | 12.7% |
| New England | 359 | 11.2% |
| International | 302 | 9.4% |
| Midwest | 220 | 6.8% |
| Southeast | 218 | 6.8% |
| Southwest | 140 | 4.3% |
| Unknown | 0 | 0.0% |

# CLASS OF 2019 ADMISSIONS STATISTICS

| OVERVIEW | Early Decision | Regular Decision | Total |
|---|---|---|---|
| Applicants | 4,560 | 37,340 | 41,900 |
| Admits | 1,196 | 5,119 | 6,315 |
| Enrolling | 1,165 | 2,054 | 3,219 |

**WAITLIST**

| | |
|---|---|
| Number of qualified applicants offered a place on the waitlist | 3,583 |
| Number accepting a place on the waitlist | 2,231 |
| Number offered fall admission from the waitlist | 81 |

| SAT I CRITICAL READING | Applicants | Admits | Enrolling[†] |
|---|---|---|---|
| 750 - 800 | 19% | 37% | 27% |
| 700 - 740 | 20% | 26% | 26% |
| 650 - 690 | 23% | 21% | 25% |
| 600 - 640 | 17% | 11% | 14% |
| 550 - 590 | 10% | 4% | 6% |
| 500 - 540 | 6% | 1% | 2% |
| Below 500 | 4% | 0.3% | 0.5% |

| SAT I MATH | Applicants | Admits | Enrolling |
|---|---|---|---|
| 750 - 800 | 42% | 55% | 47% |
| 700 - 740 | 19% | 20% | 22% |
| 650 - 690 | 17% | 14% | 17% |
| 600 - 640 | 10% | 7% | 9% |
| 550 - 590 | 6% | 2% | 4% |
| 500 - 540 | 3% | 1% | 1% |
| Below 500 | 2% | 0.1% | 0.1% |

---

[†] First-year depositors expected to enroll based on July data; this figure may differ from official 6th week registration figures.

 **Cornell University**

# PROFILE:  CLASS OF 2020

## CLASS OF 2020:   ENROLLING FALL FIRST-YEAR STUDENTS

### 3,342 fall first-year students are expected to enroll[*]

- 53.4% are women; 46.6% are men
- 62.8% attended public high schools
- 16.8% are descendants of Cornell alumni
- 11.3% are first-generation college
- 6.6% are recruited athletes
- The average age is 18

### ENROLLMENT BY CORNELL COLLEGE

**ENDOWED COLLEGES**

| | |
|---|---:|
| College of Arts & Sciences | 1,177 |
| College of Engineering | 798 |
| School of Hotel Administration | 159 |
| College of Architecture, Art & Planning | 118 |

**CONTRACT COLLEGES**

| | |
|---|---:|
| College of Agriculture & Life Sciences | 675 |
| College of Human Ecology | 257 |
| School of Industrial & Labor Relations | 158 |

### STANDARDIZED TESTS

PERCENT OF ENROLLING STUDENTS SUBMITTING SAT SCORES: 69.4%

PERCENT OF ENROLLING STUDENTS SUBMITTING ACT SCORES: 50.5%

| | 25th Percentile | 50th Percentile | 75th Percentile |
|---|---:|---:|---:|
| SAT I Critical Reading | 650 | 700 | 750 |
| SAT I Math | 680 | 740 | 780 |
| SAT I Total | 1,350 | 1,450 | 1,510 |
| ACT Composite | 31 | 33 | 34 |

### HIGH SCHOOL CLASS RANK

PERCENT OF ENROLLING STUDENTS SUBMITTING HIGH SCHOOL CLASS RANK:  26.0%

| | |
|---|---:|
| Top tenth of graduating class | 89.9% |
| Top quarter of graduating class | 98.4% |
| Top half of graduating class | 99.7% |

---

[*] First-year depositors expected to enroll based on July data; this figure may differ from official 6th week registration figures.

## FINANCIAL AID

| | | |
|---|---|---|
| Full-time first-year students | 3,342 | |
| Students who applied for aid | 1,504 | 45.0% |
| Students qualified for need-based financial aid | 1,369 | 41.0% |
| Students awarded need-based grant aid from Cornell sources | 1,306 | 39.1% |
| | | |
| Average need-based grant award from Cornell funds | $37,855 | |
| Average loan amount offered in aid package | | |
| | $5,874 | |

## ETHNICITY AND RACE: INSTITUTIONAL REPORTING

Consistent with practices established by the federal government and in use across higher education, the following reporting framework counts each student within a single category. Based on these categories,

- **23.6% identify themselves as under-represented minorities (URM).** URM is defined as American Indian (U.S.), Black (U.S), Hawaiian/Pacific Isle (U.S.) or any combination including one or more of these categories. All students of Hispanic ethnicity, regardless of race, are also considered URM.
- **44.2% identify themselves as students of color.** This group includes URM plus Asian (U.S.) and Multi Race non-URM (U.S.).

| | | |
|---|---|---|
| **U.S. Citizens, Permanent Residents, and Refugees** | | |
| Hispanic (U.S.) | 461 | 13.8% |
| | | |
| Non-Hispanic/Latino ethnicity, by race | | |
| American Indian (U.S.) | 21 | 0.6% |
| Asian (U.S.) | 606 | 18.1% |
| Black (U.S.) | 228 | 6.8% |
| Hawaiian/Pacific Isle (U.S.) | 3 | 0.1% |
| White (U.S.) | 1,212 | 36.3% |
| Multi Race URM (U.S.) | 77 | 2.3% |
| Multi Race non-URM (U.S.) | 80 | 2.4% |
| Unknown (U.S.) | 273 | 8.2% |
| | | |
| **International, of any ethnicity and race** | 381 | 11.4% |

## ETHNICITY AND RACE:  U.S. CITIZENS' SELF-REPORTS

To reflect the many ways in which U.S. citizens, permanent residents, and refugees self-identify combinations of ethnicity and/or race, the following figures show the proportion checking each option. The totals will sum to greater than 100%, since students may select more than one. *International students are not included.*

| | | |
|---|---|---|
| Total U.S. Citizens, Permanent Residents, and Refugees: | 2961 | |
| Indicated Hispanic | 461 | 15.6% |
| Indicated American Indian | 63 | 2.1% |
| Indicated Asian | 739 | 25.0% |
| Indicated Black | 293 | 9.9% |
| Indicated Hawaiian/Pacific Isle | 17 | 0.6% |
| Indicated White | 1628 | 55.0% |

GEOGRAPHIC DIVERSITY

Members of the Class of 2020 reside in 48 of the 50 United States plus Washington DC, Puerto Rico, and the U.S. Virgin Islands.  International students are citizens of 59 countries.

**REGIONAL REPRESENTATION** (by location of school)

| | | |
|---|---|---|
| New York | 976 | 29.2% |
| Mid-Atlantic | 594 | 17.8% |
| West | 377 | 11.3% |
| New England | 304 | 9.1% |
| International | 405 | 12.1% |
| Midwest | 302 | 9.0% |
| Southeast | 225 | 6.7% |
| Southwest | 154 | 4.6% |
| Unknown | 5 | 0.1% |

## CLASS OF 2020 ADMISSIONS STATISTICS

| OVERVIEW | Early Decision | Regular Decision | Total |
|---|---|---|---|
| Applicants | 4,882 | 40,083 | 44,965 |
| Admits | 1,340 | 4,997 | 6,337 |
| Enrolling | 1,298 | 2,044 | 3,342 |

**WAITLIST**

| | |
|---|---|
| Number of qualified applicants offered a place on the waitlist | 4,571 |
| Number accepting a place on the waitlist | 2,874 |
| Number offered fall admission from the waitlist | 61 |

| SAT I CRITICAL READING | Applicants | Admits | Enrolling[†] |
|---|---|---|---|
| 750 - 800 | 20% | 38% | 27% |
| 700 - 740 | 22% | 28% | 28% |
| 650 - 690 | 22% | 19% | 24% |
| 600 - 640 | 17% | 10% | 13% |
| 550 - 590 | 10% | 4% | 5% |
| 500 - 540 | 6% | 1% | 2% |
| Below 500 | 4% | 0.2% | 0.4% |

| SAT I MATH | Applicants | Admits | Enrolling |
|---|---|---|---|
| 750 - 800 | 41% | 55% | 48% |
| 700 - 740 | 20% | 21% | 22% |
| 650 - 690 | 17% | 14% | 17% |
| 600 - 640 | 10% | 6% | 8% |
| 550 - 590 | 6% | 2% | 4% |
| 500 - 540 | 3% | 1% | 1% |
| Below 500 | 2% | 0.1% | 0.3% |

---

[†] First-year depositors expected to enroll based on July data; this figure may differ from official 6th week registration figures.

 **Cornell University**

# PROFILE:  CLASS OF 2021

## CLASS OF 2021:  ENROLLING FALL FIRST-YEAR STUDENTS

### 3,375 fall first-year students are expected to enroll[*]

- 52.9% are women; 47.1% are men
- 61.9% attended public high schools
- 16.5% are descendants of Cornell alumni
- 12.9% are first-generation college
- 6.6% are recruited athletes
- The average age is 18

## ENROLLMENT BY CORNELL COLLEGE

**ENDOWED COLLEGES**

| | |
|---|---:|
| College of Arts & Sciences | 1,165 |
| College of Engineering | 814 |
| School of Hotel Administration | 158 |
| College of Architecture, Art & Planning | 110 |

**CONTRACT COLLEGES**

| | |
|---|---:|
| College of Agriculture & Life Sciences | 608 |
| Dyson School of Applied Economics & Management | 93 |
| College of Human Ecology | 271 |
| School of Industrial & Labor Relations | 156 |

## STANDARDIZED TESTS

PERCENT OF ENROLLING STUDENTS SUBMITTING SAT SCORES: 63.7%

PERCENT OF ENROLLING STUDENTS SUBMITTING ACT SCORES: 55.9%

| | 25th Percentile | 50th Percentile | 75th Percentile |
|---|---|---|---|
| SAT  Evidence-based Reading & Writing** | 690 | 730 | 760 |
| SAT  Math | 700 | 760 | 790 |
| SAT  Total | 1,390 | 1,480 | 1,530 |
| ACT Composite | 31 | 33 | 34 |

## HIGH SCHOOL CLASS RANK

PERCENT OF ENROLLING STUDENTS SUBMITTING HIGH SCHOOL CLASS RANK:  23.8%

| | |
|---|---|
| Top tenth of graduating class | 86.4% |
| Top quarter of graduating class | 97.6% |
| Top half of graduating class | 99.5% |

---

[*]  First-year depositors expected to enroll based on July data; this figure may differ from official 6th week registration figures.
**The higher of the new SAT section scores or the old SAT score equivalents based on College Board concordance tables.

## FINANCIAL AID

| | | |
|---|---|---|
| Full-time first-year students | 3,375 | |
| Students who applied for aid | 1,698 | 50.3% |
| Students qualified for need-based financial aid | 1,548 | 45.9% |
| Students awarded need-based grant aid from Cornell sources | 1,471 | 43.6% |
| Average need-based grant award from Cornell funds | $40,686 | |
| Average loan amount offered in aid package | $5,732 | |

## ETHNICITY AND RACE: INSTITUTIONAL REPORTING

Consistent with practices established by the federal government and in use across higher education, the following reporting framework counts each student within a single category. Based on these categories,

- **25.2% identify themselves as under-represented minorities (URM).** URM is defined as American Indian (U.S.), Black (U.S), Hawaiian/Pacific Isle (U.S.) or any combination including one or more of these categories. All students of Hispanic ethnicity, regardless of race, are also considered URM.
- **46.9% identify themselves as students of color.** This group includes URM plus Asian (U.S.) and Multi Race non-URM (U.S.).

**U.S. Citizens, Permanent Residents, and Refugees**

| | | |
|---|---|---|
| Hispanic (U.S.) | 481 | 14.3% |
| Non-Hispanic/Latino ethnicity, by race | | |
| American Indian (U.S.) | 11 | 0.3% |
| Asian (U.S.) | 643 | 19.1% |
| Black (U.S.) | 271 | 8.0% |
| Hawaiian/Pacific Isle (U.S.) | 4 | 0.1% |
| White (U.S.) | 1,189 | 35.2% |
| Multi Race URM (U.S.) | 84 | 2.5% |
| Multi Race non-URM (U.S.) | 88 | 2.6% |
| Unknown (U.S.) | 243 | 7.2% |
| **International, of any ethnicity and race** | 361 | 10.7% |

## ETHNICITY AND RACE:  U.S. CITIZENS' SELF-REPORTS

To reflect the many ways in which U.S. citizens, permanent residents, and refugees self-identify combinations of ethnicity and/or race, the following figures show the proportion checking each option. The totals will sum to greater than 100%, since students may select more than one. *International students are not included.*

| | | |
|---|---|---|
| Total U.S. Citizens, Permanent Residents, and Refugees: | 3,014 | |
| Indicated Hispanic | 481 | 16.0% |
| Indicated American Indian | 64 | 2.1% |
| Indicated Asian | 782 | 25.9% |
| Indicated Black | 348 | 11.5% |
| Indicated Hawaiian/Pacific Isle | 19 | 0.6% |
| Indicated White | 1,670 | 55.4% |

GEOGRAPHIC DIVERSITY

Members of the Class of 2021 reside in 49 of the 50 United States plus Washington DC, Guam, Puerto Rico, and the U.S. Virgin Islands.  International students are citizens of 46 countries.

**REGIONAL REPRESENTATION** (by location of school)

| | | |
|---|---|---|
| New York | 1,046 | 31.0% |
| Mid-Atlantic | 623 | 18.5% |
| West | 368 | 10.9% |
| New England | 337 | 10.0% |
| International | 388 | 11.5% |
| Midwest | 229 | 6.8% |
| Southeast | 245 | 7.3% |
| Southwest | 139 | 4.1% |
| Unknown | 0 | 0.0% |

## CLASS OF 2021 ADMISSIONS STATISTICS

| OVERVIEW | Early Decision | Regular Decision | Total |
|---|---|---|---|
| Applicants | 5,401 | 41,638 | 47,039 |
| Admits | 1,393 | 4,569 | 5,962 |
| Enrolling | 1,351 | 2,024 | 3,375 |

**WAITLIST**

| | |
|---|---|
| Number of qualified applicants offered a place on the waitlist | 5,714 |
| Number accepting a place on the waitlist | 3,723 |
| Number offered fall admission from the waitlist | 75 |

| SAT EVIDENCE-BASED READING & WRITING | Applicants | Admits | Enrolling[†] |
|---|---|---|---|
| 750 - 800 | 26% | 47% | 37% |
| 700 - 740 | 29% | 31% | 34% |
| 650 - 690 | 22% | 14% | 17% |
| 600 - 640 | 13% | 7% | 9% |
| 550 - 590 | 6% | 2% | 2% |
| 500 - 540 | 3% | 0.3% | 0.4% |
| Below 500 | 1% | 0.1% | <0.1% |

| SAT MATH | Applicants | Admits | Enrolling |
|---|---|---|---|
| 750 - 800 | 48% | 62% | 56% |
| 700 - 740 | 19% | 19% | 20% |
| 650 - 690 | 15% | 11% | 13% |
| 600 - 640 | 9% | 6% | 7% |
| 550 - 590 | 5% | 2% | 3% |
| 500 - 540 | 3% | 0.5% | 1% |
| Below 500 | 1% | <0.1% | <0.1% |

---

[†] First-year depositors expected to enroll based on July data; this figure may differ from official 6th week registration figures.

 **Cornell University**    # PROFILE:  CLASS OF 2022

## CLASS OF 2022:   ENROLLING FALL FIRST-YEAR STUDENTS

### 3,325 fall first-year students are expected to enroll[*]

- 53.9% are women; 46.1% are men
- 62.3% attended public high schools
- 16.8% are descendants of Cornell alumni
- 13.7% are first-generation college
- 6.2% are recruited athletes
- The average age is 18

### ENROLLMENT BY CORNELL COLLEGE

**ENDOWED SECTOR**

| | |
|---|---|
| College of Arts & Sciences | 1,162 |
| College of Engineering | 785 |
| SC Johnson College of Business, Hotel School | 157 |
| College of Architecture, Art & Planning | 117 |

**CONTRACT SECTOR**

| | |
|---|---|
| College of Agriculture & Life Sciences | 571 |
| SC Johnson College of Business, Dyson School | 90 |
| College of Human Ecology | 279 |
| School of Industrial & Labor Relations | 164 |

### STANDARDIZED TESTS

PERCENT OF ENROLLING STUDENTS SUBMITTING SAT SCORES:  70.7%

PERCENT OF ENROLLING STUDENTS SUBMITTING ACT SCORES:  44.3%

| | 25th Percentile | 50th Percentile | 75th Percentile |
|---|---|---|---|
| SAT  Evidence-based Reading & Writing** | 680 | 720 | 750 |
| SAT  Math | 710 | 770 | 790 |
| SAT  Total | 1,410 | 1,480 | 1,530 |
| ACT Composite | 32 | 33 | 34 |

### HIGH SCHOOL CLASS RANK

PERCENT OF ENROLLING STUDENTS SUBMITTING HIGH SCHOOL CLASS RANK:  23.6%

| | |
|---|---|
| Top tenth of graduating class | 82.8% |
| Top quarter of graduating class | 96.6% |
| Top half of graduating class | 99.5% |

---

[*]  First-year depositors expected to enroll based on July data; this figure may differ from official 6th week registration figures.
**The higher of the new SAT section scores or the old SAT score equivalents based on College Board concordance tables.

## FINANCIAL AID

| | | |
|---|---|---|
| Full-time first-year students | 3,325 | |
| Students who applied for aid | 1,687 | 50.7% |
| Students qualified for need-based financial aid | 1,619 | 48.7% |
| Students awarded need-based grant aid from Cornell sources | 1,505 | 45.3% |
| | | |
| Average need-based grant award from Cornell funds | $40,583 | |
| Average loan amount offered in aid package | $5,890 | |

## ETHNICITY AND RACE: INSTITUTIONAL REPORTING

Consistent with practices established by the federal government and in use across higher education, the following reporting framework counts each student within a single category.  Based on these categories,

- **26.6% identify themselves as under-represented minorities (URM).**  URM is defined as American Indian (U.S.), Black (U.S), Hawaiian/Pacific Isle (U.S.) or any combination including one or more of these categories.  All students of Hispanic ethnicity, regardless of race, are also considered URM.
- **47.8% identify themselves as students of color.** This group includes URM plus Asian (U.S.) and Multi Race non-URM (U.S.).

**U.S. Citizens, Permanent Residents, and Refugees**

| | | |
|---|---|---|
| Hispanic (U.S.) | 510 | 15.3% |
| | | |
| Non-Hispanic/Latino ethnicity, by race | | |
| American Indian (U.S.) | 9 | 0.3% |
| Asian (U.S.) | 622 | 18.7% |
| Black (U.S.) | 275 | 8.3% |
| Hawaiian/Pacific Isle (U.S.) | 4 | 0.1% |
| White (U.S.) | 1,138 | 34.2% |
| Multi Race URM (U.S.) | 85 | 2.6% |
| Multi Race non-URM (U.S.) | 84 | 2.5% |
| Unknown (U.S.) | 249 | 7.5% |
| | | |
| **International, of any ethnicity and race** | 349 | 10.5% |

## ETHNICITY AND RACE:  U.S. CITIZENS' SELF-REPORTS

To reflect the many ways in which U.S. citizens, permanent residents, and refugees self-identify combinations of ethnicity and/or race, the following figures show the proportion checking each option. The totals will sum to greater than 100%, since students may select more than one. *International students are not included.*

| | | |
|---|---|---|
| Total U.S. Citizens, Permanent Residents, and Refugees: | 2,976 | |
| Indicated Hispanic | 510 | 17.1% |
| Indicated American Indian | 56 | 1.9% |
| Indicated Asian | 766 | 25.7% |
| Indicated Black | 350 | 11.8% |
| Indicated Hawaiian/Pacific Isle | 29 | 1.0% |
| Indicated White | 1640 | 55.1% |

## GEOGRAPHIC DIVERSITY

Members of the Class of 2022 reside in 47 of the 50 United States plus Washington DC, Guam, Puerto Rico, and the U.S. Virgin Islands. International students are citizens of 43 countries.

**REGIONAL REPRESENTATION** (by location of school)

| | | |
|---|---|---|
| New York | 1029 | 30.9% |
| Mid-Atlantic | 630 | 18.9% |
| West | 373 | 11.2% |
| New England | 314 | 9.4% |
| International | 382 | 11.5% |
| Midwest | 222 | 6.7% |
| Southeast | 237 | 7.1% |
| Southwest | 138 | 4.2% |
| Unknown | 0 | 0.0% |

## CLASS OF 2022 ADMISSIONS STATISTICS

| OVERVIEW | Early Decision | Regular Decision | Total |
|---|---|---|---|
| Applicants | 6,325 | 44,999 | 51,324 |
| Admits | 1,549 | 3,899 | 5,448 |
| Enrolling | 1,518 | 1,807 | 3,325 |

**WAITLIST**

| | |
|---|---|
| Number of qualified applicants offered a place on the waitlist | 6,683 |
| Number accepting a place on the waitlist | 4,546 |
| Number offered fall admission from the waitlist | 164 |

| SAT EVIDENCE-BASED READING & WRITING | Applicants | Admits | Enrolling[†] |
|---|---|---|---|
| 750 - 800 | 22% | 39% | 30% |
| 700 - 740 | 32% | 36% | 38% |
| 650 - 690 | 25% | 19% | 23% |
| 600 - 640 | 13% | 5% | 7% |
| 550 - 590 | 5% | 1% | 2% |
| 500 - 540 | 3% | 0.4% | 0.6% |
| Below 500 | 1% | <0.1% | 0% |

| SAT MATH | Applicants | Admits | Enrolling |
|---|---|---|---|
| 750 - 800 | 55% | 68% | 63% |
| 700 - 740 | 18% | 17% | 18% |
| 650 - 690 | 12% | 9% | 11% |
| 600 - 640 | 7% | 5% | 6% |
| 550 - 590 | 4% | 1% | 2% |
| 500 - 540 | 2% | 0.2% | <0.1% |
| Below 500 | 1% | 0% | 0% |

---

[†] First-year depositors expected to enroll based on July data; this figure may differ from official 6th week registration figures.



# PROFILE:  CLASS OF 2023

## CLASS OF 2023:   ENROLLING FALL FIRST-YEAR STUDENTS

### 3,218 fall first-year students are expected to enroll*

- 55.0% are women; 45.0% are men
- 63.1% attended public high schools
- 16.7% are descendants of Cornell alumni
- 13.4% are first-generation college
- 7.1% are recruited athletes
- The average age is 18

## ENROLLMENT BY CORNELL COLLEGE

**ENDOWED SECTOR**

| | |
|---|---|
| College of Arts & Sciences | 1,011 |
| College of Engineering | 755 |
| SC Johnson College of Business, Hotel School | 175 |
| College of Architecture, Art & Planning | 114 |

**CONTRACT SECTOR**

| | |
|---|---|
| College of Agriculture & Life Sciences | 560 |
| SC Johnson College of Business, Dyson School | 159 |
| College of Human Ecology | 284 |
| School of Industrial & Labor Relations | 160 |

## STANDARDIZED TESTS

PERCENT OF ENROLLING STUDENTS SUBMITTING SAT SCORES: 70.8%

PERCENT OF ENROLLING STUDENTS SUBMITTING ACT SCORES: 40.7%

| | 25th Percentile | 50th Percentile | 75th Percentile |
|---|---|---|---|
| SAT  Evidence-based Reading & Writing** | 680 | 720 | 760 |
| SAT  Math | 720 | 780 | 800 |
| SAT  Total | 1,420 | 1,500 | 1,540 |
| ACT Composite | 32 | 34 | 35 |

## HIGH SCHOOL CLASS RANK

PERCENT OF ENROLLING STUDENTS SUBMITTING HIGH SCHOOL CLASS RANK:  22.3%

| | |
|---|---|
| Top tenth of graduating class | 83.4% |
| Top quarter of graduating class | 95.5% |
| Top half of graduating class | 99.4% |

---

\* First-year depositors expected to enroll based on July data; this figure may differ from official 6th week registration figures.

\*\*The higher of the new SAT section scores or the old SAT score equivalents based on College Board concordance tables.

## FINANCIAL AID

| | | |
|---|---|---|
| Full-time first-year students | 3,218 | |
| Students who applied for aid | 1,572 | 48.9% |
| Students qualified for need-based financial aid | 1,454 | 45.2% |
| Students awarded need-based grant aid from Cornell sources | 1,387 | 43.1% |
| Average need-based grant award from Cornell funds | | $43,122 |
| Average loan amount offered in aid package | | $6,034 |

## ETHNICITY AND RACE: INSTITUTIONAL REPORTING

Consistent with practices established by the federal government and in use across higher education, the following reporting framework counts each student within a single category.  Based on these categories,

- **25.6% identify themselves as under-represented minorities (URM).**  URM is defined as American Indian (U.S.), Black (U.S), Hawaiian/Pacific Isle (U.S.) or any combination including one or more of these categories.  All students of Hispanic ethnicity, regardless of race, are also considered URM.
- **48.5% identify themselves as students of color.** This group includes URM plus Asian (U.S.) and Multi Race non-URM (U.S.).

**U.S. Citizens, Permanent Residents, and Refugees**

| | | |
|---|---|---|
| Hispanic (U.S.) | 509 | 15.8% |
| Non-Hispanic/Latino ethnicity, by race | | |
| American Indian (U.S.) | 7 | 0.2% |
| Asian (U.S.) | 647 | 20.1% |
| Black (U.S.) | 214 | 6.7% |
| Hawaiian/Pacific Isle (U.S.) | 3 | 0.1% |
| White (U.S.) | 1,145 | 35.6% |
| Multi Race URM (U.S.) | 91 | 2.8% |
| Multi Race non-URM (U.S.) | 89 | 2.8% |
| Unknown (U.S.) | 199 | 6.2% |
| **International, of any ethnicity and race** | 314 | 9.8% |

## ETHNICITY AND RACE:  U.S. CITIZENS' SELF-REPORTS

To reflect the many ways in which U.S. citizens, permanent residents, and refugees self-identify combinations of ethnicity and/or race, the following figures show the proportion checking each option. The totals will sum to greater than 100%, since students may select more than one. *International students are not included.*

| | | |
|---|---|---|
| Total U.S. Citizens, Permanent Residents, and Refugees: | 2,904 | |
| Indicated Hispanic | 509 | 17.5% |
| Indicated American Indian | 62 | 2.1% |
| Indicated Asian | 800 | 27.5% |
| Indicated Black | 306 | 10.5% |
| Indicated Hawaiian/Pacific Isle | 27 | 0.9% |
| Indicated White | 1643 | 56.6% |

GEOGRAPHIC DIVERSITY

Members of the Class of 2023 reside in 49 of the 50 United States plus Washington DC, Puerto Rico, and the U.S. Virgin Islands.  International students are citizens of 39 countries.

**REGIONAL REPRESENTATION** (by location of school)

| | | |
|---|---|---|
| New York | 1085 | 33.7% |
| Mid-Atlantic | 537 | 16.7% |
| West | 355 | 11.0% |
| New England | 305 | 9.5% |
| International | 356 | 11.1% |
| Midwest | 228 | 7.1% |
| Southeast | 201 | 6.2% |
| Southwest | 150 | 4.7% |
| Unknown | 1 | <0.1% |

## CLASS OF 2023 ADMISSIONS STATISTICS

| OVERVIEW | Early Decision | Regular Decision | Total |
|---|---|---|---|
| Applicants | 6,158 | 42,956 | 49,114 |
| Admits | 1,397 | 3,933 | 5,330 |
| Enrolling | 1,369 | 1,849 | 3,218 |

| WAITLIST | | |
|---|---|---|
| Number of qualified applicants offered a place on the waitlist | 4,948 | |
| Number accepting a place on the waitlist | 3,362 | |
| Number offered fall admission from the waitlist | 147 | |

| SAT EVIDENCE-BASED READING & WRITING | Applicants | Admits | Enrolling[†] |
|---|---|---|---|
| 750 - 800 | 24% | 41% | 33% |
| 700 - 740 | 31% | 35% | 36% |
| 650 - 690 | 23% | 16% | 19% |
| 600 - 640 | 12% | 6% | 8% |
| 550 - 590 | 6% | 2% | 2% |
| 500 - 540 | 3% | 0.3% | 0.5% |
| Below 500 | 1% | 0.1% | 0.1% |

| SAT MATH | Applicants | Admits | Enrolling |
|---|---|---|---|
| 750 - 800 | 59% | 72% | 68% |
| 700 - 740 | 15% | 14% | 15% |
| 650 - 690 | 11% | 8% | 10% |
| 600 - 640 | 7% | 4% | 5% |
| 550 - 590 | 4% | 2% | 2% |
| 500 - 540 | 3% | 0.2% | 0.3% |
| Below 500 | 1% | 0.1% | 0.1% |

---

[†] First-year depositors expected to enroll based on July data; this figure may differ from official 6th week registration figures.



# PROFILE:  CLASS OF 2024

## CLASS OF 2024 ENROLLING FIRST-YEAR STUDENTS

### 3,296 first-year students are expected to enroll for Fall 2020[*]

- 54.2% are women; 45.8% are men
- 64.2% attended public high schools
- 14.8% are descendants of Cornell alumni
- 15.5% are first-generation college
- 6.5% are recruited athletes
- The average age is 18

### ENROLLMENT BY CORNELL COLLEGE/SCHOOL

**ENDOWED SECTOR**

| | |
|---|---|
| College of Arts & Sciences | 1,036 |
| College of Engineering | 774 |
| SC Johnson College of Business, Hotel School | 167 |
| College of Architecture, Art & Planning | 133 |

**CONTRACT SECTOR**

| | |
|---|---|
| College of Agriculture & Life Sciences | 564 |
| SC Johnson College of Business, Dyson School | 155 |
| College of Human Ecology | 300 |
| School of Industrial & Labor Relations | 167 |

### STANDARDIZED TESTS

PERCENT OF ENROLLING STUDENTS SUBMITTING SAT SCORES:  72.6%

PERCENT OF ENROLLING STUDENTS SUBMITTING ACT SCORES:  35.8%

| | 25th Percentile | 50th Percentile | 75th Percentile |
|---|---|---|---|
| SAT Evidence-based Reading & Writing** | 680 | 720 | 750 |
| SAT Math | 720 | 770 | 790 |
| SAT Total | 1,410 | 1,490 | 1,530 |
| ACT Composite | 32 | 34 | 35 |

### HIGH SCHOOL CLASS RANK

PERCENT OF ENROLLING STUDENTS SUBMITTING HIGH SCHOOL CLASS RANK:  22.4%

| | |
|---|---|
| Top tenth of graduating class | 83.7% |
| Top quarter of graduating class | 97.7% |
| Top half of graduating class | 99.9% |

---

[*] First-year depositors expected to enroll based on July data; this figure may differ from official 6th week registration figures.

**The higher of the new SAT section scores or the old SAT score equivalents based on College Board concordance tables.

## FINANCIAL AID

| | | |
|---|---|---|
| Full-time first-year students | 3,296 | |
|     Students who applied for aid | 2,025 | 61.4% |
|     Students qualified for need-based financial aid | 1,592 | 48.3% |
|     Students awarded need-based grant aid from Cornell sources | 1,507 | 45.7% |
| | | |
|     Average need-based grant award from Cornell funds | | $45,080 |
|     Average loan amount offered in aid package | | $5,383 |

## ETHNICITY AND RACE: INSTITUTIONAL REPORTING

Consistent with practices established by the federal government and in use across higher education, the following reporting framework counts each student within a single category.  Based on these categories,

- **26.9% identify themselves as under-represented minorities (URM).**  URM is defined as American Indian (U.S.), Black (U.S), Hawaiian/Pacific Isle (U.S.) or any combination including one or more of these categories.  All students of Hispanic ethnicity, regardless of race, are also considered URM.
- **51.7% identify themselves as students of color.** This group includes URM plus Asian (U.S.) and Multi Race non-URM (U.S.).

**U.S. Citizens, Permanent Residents, and Refugees**

| | | |
|---|---|---|
| Hispanic (U.S.) | 533 | 16.2% |
| | | |
| Non-Hispanic/Latino ethnicity, by race | | |
|     American Indian (U.S.) | 8 | 0.2% |
|     Asian (U.S.) | 738 | 22.4% |
|     Black (U.S.) | 265 | 8.0% |
|     Hawaiian/Pacific Isle (U.S.) | 3 | 0.1% |
|     White (U.S.) | 1,072 | 32.5% |
|     Multi Race URM (U.S.) | 78 | 2.4% |
|     Multi Race non-URM (U.S.) | 78 | 2.4% |
|     Unknown (U.S.) | 216 | 6.6% |
| | | |
| **International, of any ethnicity and race** | 305 | 9.3% |

## ETHNICITY AND RACE:  U.S. CITIZENS' SELF-REPORTS

To reflect the many ways in which U.S. citizens, permanent residents, and refugees self-identify combinations of ethnicity and/or race, the following figures show the proportion checking each option. The totals will sum to greater than 100%, since students may select more than one. *International students are not included.*

| | | |
|---|---|---|
| Total U.S. Citizens, Permanent Residents, and Refugees: | 2,991 | |
|     Indicated Hispanic | 533 | 17.8% |
|     Indicated American Indian | 54 | 1.8% |
|     Indicated Asian | 873 | 29.2% |
|     Indicated Black | 360 | 12.0% |
|     Indicated Hawaiian/Pacific Isle | 18 | 0.6% |
|     Indicated White | 1,553 | 51.9% |

GEOGRAPHIC DIVERSITY

Members of the Class of 2024 reside in 48 of the 50 United States plus Washington DC, Guam, and Puerto Rico. International students are citizens of 48 countries.

**REGIONAL REPRESENTATION** (by location of school)

| | | |
|---|---|---|
| New York | 1,107 | 33.6% |
| Mid-Atlantic | 579 | 17.6% |
| West | 381 | 11.6% |
| New England | 320 | 9.7% |
| International | 335 | 10.2% |
| Midwest | 210 | 6.4% |
| Southeast | 204 | 6.2% |
| Southwest | 159 | 4.8% |
| Blank/Unknown | 1 | <0.1% |

## CLASS OF 2024 ADMISSIONS STATISTICS

| OVERVIEW | Early Decision | Regular Decision | Total |
|---|---|---|---|
| Applicants | 6,630 | 44,870 | 51,500 |
| Admits | 1,594 | 3,920 | 5,514 |
| Enrolling | 1,522 | 1,774 | 3,296 |

**WAITLIST**

| | |
|---|---|
| Number of qualified applicants offered a place on the waitlist | 6,750 |
| Number accepting a place on the waitlist | 4,791 |
| Number offered fall admission from the waitlist | 190 |

| SAT EVIDENCE-BASED READING & WRITING | Applicants | Admits | Enrolling[†] |
|---|---|---|---|
| 750 - 800 | 25% | 40% | 32% |
| 700 - 740 | 32% | 36% | 38% |
| 650 - 690 | 22% | 16% | 19% |
| 600 - 640 | 12% | 7% | 9% |
| 550 - 590 | 6% | 1% | 2% |
| 500 - 540 | 3% | 0.3% | 0.5% |
| Below 500 | 1% | 0.0% | 0.0% |

| SAT MATH | Applicants | Admits | Enrolling |
|---|---|---|---|
| 750 - 800 | 58% | 69% | 65% |
| 700 - 740 | 17% | 17% | 18% |
| 650 - 690 | 12% | 9% | 10% |
| 600 - 640 | 7% | 4% | 5% |
| 550 - 590 | 4% | 1% | 2% |
| 500 - 540 | 2% | 0.5% | 0.6% |
| Below 500 | 1% | 0.0% | 0.0% |

---

[†] First-year depositors expected to enroll based on July data; this figure may differ from official 6th week registration figures.