UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

STANLEY ZHONG and SWORD ,

Plaintiffs,

v.

CORNELL UNIVERSITY, THE TRUSTEES OF CORNELL UNIVERSITY, MICHAEL KOTLIKOFF, SHAWN FELTON, and JONATHAN BURDICK

Defendants.

**STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT**

Civil Action No. 3:25-cv-00365-ECC-ML

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the parties hereto, that the time for Defendants to answer or otherwise move against the Second Amended Complaint is hereby extended to December 15, 2026.

ALLEN HARRIS PLLC

By: /s/Michael Thad Allen
Michael Thad Allen, Esq.
*Attorneys for Plaintiffs*
Office and P.O. Address
P.O. Box 404
Quaker Hill, CT 06320
Telephone: (860)772-4738
Email: mallen@allenharrislaw.com

BOND, SCHOENECK & KING, PLLC

By:
Jonathan B. Fellows, Esq.
*Attorneys for Defendants*
Office and P.O. Address
One Lincoln Center
Syracuse, New York 13202-1355
Telephone: (315) 218-8000
Email: jfellows@bsk.com

**It is So Ordered:**

Dated: November 10, 2026

Miroslav Lovric
U.S. Magistrate Judge

24426507