UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

STANLEY ZHONG and SWORD ,

Plaintiffs,

v.

CORNELL UNIVERSITY, THE TRUSTEES OF CORNELL UNIVERSITY, MICHAEL KOTLIKOFF, SHAWN FELTON, and JONATHAN BURDICK

Defendants.

**STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT**

Civil Action No.
3:25-cv-00365-ECC-ML

**STIPULATION TO FILE THIRD AMENDED COMPLAINT AND EXTEND TIME TO RESPOND**

The parties, having met and conferred concerning Plaintiff's Second Amended Complaint and Defendants intention to move to dismiss under Fed. R. Civ Pro. 12, have agreed to dismiss Jonathan Burdick from the above-caption civil action.

The parties also have agreed that, under Fed. R. Civ Pro. 15(a)(2), that Plaintiffs will submit the attached Third Amended Complaint.

Further, the parties have agreed that Defendants shall have until January 15, 2027 to answer or otherwise respond to the Third Amended Complaint.

A clean copy and redlined copy of the proposed Third Amended Complaint is attached for the Court's reference.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the parties hereto, that Plaintiffs' Third Amended Complaint shall be the operative complaint in this case, and Defendants' deadline to answer or otherwise move against the Third Amended Complaint is hereby extended to January 15, 2027.

ALLEN HARRIS PLLC

By:___*/s/Michael Thad Allen* _____
Michael Thad Allen, Esq.
*Attorneys for Plaintiffs*
Office and P.O. Address
P.O. Box 404
Quaker Hill, CT 06320
Telephone: (860)772-4738
Email: mallen@allenharrislaw.com

BOND, SCHOENECK & KING, PLLC

By:__/*s/ Jonathan B. Fellows* _____
Jonathan B. Fellows, Esq.
*Attorneys for Defendants*
Office and P.O. Address
One Lincoln Center
Syracuse, New York 13202-1355
Telephone: (315) 218-8000
Email: jfellows@bsk.com

**It is So Ordered:**

______________________________
**Hon. Miroslav Lovric**



24426507
24426507